UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 04-CV-12513-GAO

KING DOWNING,
    Plaintiff )
)
V. )
)
)
MASSACHUSETTS PORT AUTHORITY, )
THE MASSACHUSETTS DEPARTMENT )
OF STATE POLICE, STATE POLICE TROOPER )
THOMPSON, STATE POLICE SERGEANT )
CROXTON, THOMAS G. ROBBINS, and )
PETER J. DIDOMENICA, )
    Defendants )
)
)

## NOTICE OF APPEARANCE

Please enter an appearance for Joseph P. Kittredge and Suzanne T. Caravaggio as counsel for Defendants Trooper Thompson and Sergeant Croxton in the above-entitled matter.

Respectfully submitted,
For Defendants Trooper Thompson and
Sergeant Croxton,
By their attorneys,

Joseph P. Kittredge, Esquire
BBO #548841
Suzanne T. Caravaggio, Esquire
BBO #634175
LAW OFFICES OF TIMOTHY M. BURKE
160 Gould Street, Suite 111
Needham, MA 02494
(781) 455-0707

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each party via first class mail, postage pre-paid.

Date: 12/9/04   _[signature]_