UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KING DOWNING,<br><br>        Plaintiff,<br><br>v.<br><br>MASSACHUSETTS PORT AUTHORITY; THE MASSACHUSETTS DEPARTMENT OF STATE POLICE, STATE POLICE TROOPER THOMPSON, STATE POLICE SARGEANT CROXTON, THOMAS G. ROBBINS, and PETER J. DIDOMENICA<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 04-12513-GAO<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ASSENTED-TO MOTION FOR
## ENLARGEMENT OF TIME TO FILE ANSWER

Defendant Massachusetts Port Authority ("Massport") hereby moves for an enlargement of time within which to answer, plead or otherwise respond to the Complaint, to and including, December 24, 2004. Counsel for Plaintiff has assented to such enlargement, as indicated by the signature below.

                                           MASSACHUSETTS PORT AUTHORITY
                                           By its attorney,

                                           Roscoe Trimmier, Jr.  (BBO #502506)
                                           Ropes & Gray LLP
                                           One International Place
                                           Boston, Massachusetts 02110
                                           (617) 951-7000

Assented to:

King Downing
By his attorney,

Peter B. Krupp  (BBO #548112)
Lurie & Krupp LLP
One McKinley, Square
Boston, Massachusetts 02109
(617) 367-1970
Dated:  December 14, 2004

9607256_1