UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| KING DOWNING, )<br>      Plaintiff, )<br>)<br>v. )<br>)<br>MASSPORT, MASSACHUSETTS STATE )<br>POLICE, ET AL, )<br>      Defendants. ) | Civil Action No. 04-12513-GAO |

### NOTICE OF APPEARANCE

To The Clerk Of The Above-Named Court:

    Please notice my appearance as counsel for the defendants: Massachusetts State Police, Superintendent Robbins, and Sergeant DeDomenica in the above-entitled action.

    Respectfully Submitted,
    COMMONWEALTH OF MASSACHUSETTS

    By its Attorneys,

    THOMAS F. REILLY
    ATTORNEY GENERAL


    /s/ Mary O'Neil
    /s/ Mary O'Neil, BBO #379430
    Assistant Attorney General
    Government Bureau/Trial Division
    One Ashburton Place, Room 1813
    Boston, MA 02108-1598
    (617) 727-2200 x 3331

Date:  December 23, 2004

## CERTIFICATE OF SERVICE

  I, Mary O'Neil, hereby certify that I have this date, December 23, 2004, served the foregoing **Notice Of Appearance** and **Certificate Of Service** upon the attorneys, Peter B. Krupp, and John Reinstein, by mailing a copy first class, postage prepaid mail to:

Peter B. Krupp, Esquire
LURIE & KRUPP
One McKinley Square
Boston, MA 02109

John Reinstein, Esquire
ACLU
99 Chauncy Street, Suite 310
Boston, MA 02111

                /s/ Mary O'Neil
                /s/ Mary O'Neil, Assistant Attorney General
                Government Bureau/Trial Division