UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2005 APR 25 P 1: 47

U.S. DISTRICT COURT
DISTRICT OF MASS

KING DOWNING,
      Plaintiff,

v.     Civil Action No. 04-12513-GAO

MASSPORT, MASSACHUSETTS STATE
POLICE, ET AL,
      Defendants.

## NOTICE OF APPEARANCE

To The Clerk Of The Above-Named Court:

    Please notice my appearance as co-counsel for the defendants: Peter J. Didomenica, and Thomas G. Robbins, The Massachusetts State Police in the above-entitled action.

    Respectfully Submitted,
    COMMONWEALTH OF MASSACHUSETTS

    By its Attorneys,

    THOMAS F. REILLY
    ATTORNEY GENERAL

    Jean Kelley, BBO#265540
    Assistant Attorney General
    Government Bureau/Trial Division
    One Ashburton Place, Room 1813
    Boston, MA 02108-1598
    (617) 727-2200 x 332731
    jean.kelley@ago.state.ma.us

Date: April 22, 2005

## CERTIFICATE OF SERVICE

I, Jean Kelley, hereby certify that I have this date, April 22, 2005, served the foregoing **Notice Of Appearance** and **Certificate Of Service** upon the attorneys, Peter B. Krupp, John Reinstein, Roscoe Trimmier, Jr., Sarah L. Levine, Joseph P. Kittredge, and Suzanne T. Caravaggio, by mailing a copy first class, postage prepaid mail to:

Peter B. Krupp, Esquire
LURIE & KRUPP
One McKinley Square
Boston, MA 02109

John Reinstein, Esquire
ACLU
99 Chauncy Street, Suite 310
Boston, MA 02111

Roscoe Trimmier, Jr., Esquire
Sarah L. Levine, Esquire
ROPES & GRAY LLP
One International Place
Boston, MA 02110

Joseph P. Kittredge, Esquire
Suzanne T. Caravaggio
Law Offices of Timothy M. Burke
Suite 111
160 Gould Street
Needham, MA 02494

Jean Kelley, Assistant Attorney General
Government Bureau/Trial Division