UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KING DOWNING,<br>    Plaintiff,<br><br>v.<br><br>MASSACHUSETTS PORT AUTHORITY,<br>THE MASSACHUSETTS DEPARTMENT OF<br>STATE POLICE, TROOPER THOMPSON,<br>STATE POLICE SERGEANT CROXTON,<br>THOMAS G. ROBBINS, and PETER J.<br>DIDOMENICA,<br>    Defendants. | C.A. No. 04-12513-GAO |

**CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3) OF DEFENDANTS MASSACHUSETTS STATE POLICE, THOMAS G. ROBBINS AND PETER J. DIDOMENICA**

We hereby certify that we have conferred with a view to establishing a budget for the costs of conducting the litigation and any variance on the full course of the litigation. And, further, we have conferred regarding the use of alternative dispute resolution in its various forms: mini-trial, summary trial, and mediation.

Respectfully Submitted,
Defendants' counsel,
THOMAS F. REILLY
ATTORNEY GENERAL

*Kelly*

Jean M. Kelley, BBO #265540
Assistant Attorney General
Government Bureau/Trial Division
One Ashburton Place
Boston, MA 02118
(617) 727-2200 x 3327

Date: May 6, 2005

Representing the Defendant
Massachusetts State Police:

_____   Date: 5-16-05

_____   Date: _____
Thomas G. Robbins

_____   Date: 5/16/05
Peter J. DiDomenica

## CERTIFICATE OF SERVICE

I, Jean Kelley, hereby certify that I have this date, May 18, 2005, served the foregoing **Certification Pursuant to Local Rule 16.1(D)(3) of Defendants Massachusetts State Police and Peter J. DiDomenica** and **Certificate Of Service** upon the attorneys, Peter B. Krupp, John Reinstein, Roscoe Trimmier, Jr., Sarah L. Levine, and Joseph P. Kittredge, by delivery in hand.

                                                                                              /s/ Kelley
                                                                                              Jean Kelley, Assistant Attorney General
                                                                                              Government Bureau/Trial Division