UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KING DOWNING,<br>      Plaintiff,<br><br>v.<br><br>MASSACHUSETTS PORT AUTHORITY,<br>et al.,<br>      Defendants. | C.A. No. 04-12513-GAO |

**NOTICE OF CHANGE OF ADDRESS**

     John Reinstein, co-counsel for the Plaintiff, hereby gives notice that his address has changed to 211 Congress Street, 3rd Floor, Boston, Massachusetts, 02110. The phone number remains the same.

/s/ John Reinstein
John Reinstein, BBO No. 416120
ACLU of Massachusetts
211 Congress Street, 3rd Floor
Boston, MA 02110
Tel.: 617-482-3170

Dated: July 27, 2005