# United States District Court
# District of Massachusetts

KING DOWNING,
    Plaintiff,

V.                          CIVIL ACTION NO. 2004-12513-GAO

MASSACHUSETTS PORT AUTHORITY,
    ET AL.,
        Defendants.

## ORDER OF REASSIGNMENT

O'TOOLE, D.J.

Pursuant to Title 28, U.S.C., Section 636(c) and the consent of the parties, it is ORDERED that the above-styled case be, and it hereby is, REASSIGNED to United States Magistrate Judge Robert B. Collings for all purposes, including trial and the entry of judgment.

The Clerk is directed to REASSIGN the above-styled case to Magistrate Judge Collings.

Date: 9/30/05

GEORGE A. O'TOOLE,
U.S. District Judge.