UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| KING DOWNING,<br>      Plaintiff,<br><br>v.<br><br>MASSACHUSETTS PORT AUTHORITY; THE MASSACHUSETTS DEPARTMENT OF STATE POLICE, STATE POLICE TROOPER THOMPSON, STATE POLICE SERGEANT CROXTON, THOMAS G. ROBBINS, and PETER J. DIDOMENICA,<br>      Defendants. | Civil Action No. 04-12513-RBC |

PLAINTIFF'S STATUS REPORT

Pursuant to the Court's direction at the hearing on November 21, 2005, plaintiff King Downing reports that, to date, he has not received the documents that defendant Massachusetts Port Authority ("Massport") has withheld from discovery under a claim that the documents requested may contain sensitive security information under 49 C.F.R. § 1520, *et seq.*, nor has the Transportation Security Administration ("TSA") made a decision regarding whether those documents contain sensitive security information.

In preparation for filing this status report, plaintiff's counsel contacted Massport's counsel on January 23, 2006 to determine the status. Massport's counsel indicated that she did not know when TSA would make a decision, but that her contact at TSA said that TSA would not have a decision before the end of this week.

Mr. Downing submits that the Court should determine the issue of the production of these documents through a motion to compel. On January 11, 2006, Mr. Downing filed his Motion to

2

Compel Production of Documents. Massport's response to the motion to compel is due by

January 25, 2006.

|  |  |
|---|---|
|  | KING DOWNING<br>By his attorneys, |
|  | / S /  Peter B. Krupp |
| Dated:  January 24, 2006 | Peter B. Krupp<br>  BBO #548112<br>Lurie & Krupp, LLP<br>One McKinley Square<br>Boston, MA  02109<br>Tel:  (617) 367-1970 |
|  | / S /  John Reinstein |
|  | John Reinstein<br>  BBO # 416120<br>American Civil Liberties Union of Massachusetts<br>99 Chauncy Street, Suite 310<br>Boston, MA 02111<br>Tel:  (617) 482-3170 |