UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 04-CV-12513-RBC

| | |
|---|---|
| KING DOWNING, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MASSACHUSETTS PORT AUTHORITY, )<br>THE MASSACHUSETTS DEPARTMENT )<br>OF STATE POLICE, STATE POLICE )<br>TROOPER THOMPSON, STATE POLICE )<br>SARGEANT CROXTON, THOMAS G. )<br>ROBBINS and PETER J. DIDOMENICA, )<br>)<br>Defendants. )<br>) | |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Please enter the withdrawal of my appearance as counsel for Defendant Massachusetts Port Authority in the above-captioned matter. Attached hereto is the Notice of Appearance of replacement counsel, Laura G. Hoey of Ropes & Gray LLP.

Respectfully submitted,
For Defendant Massachusetts Port Authority
By its attorney,

/s/Sarah L. Levine
Sarah L. Levine (BBO #651718)
Ropes & Gray LLP
One International Place
Boston, Massachusetts 02110-2624
(617) 951-7000

Dated: February 3, 2006

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party on February 3, 2006, as follows:

By Hand:

Peter B. Krupp, Esq.
Lurie & Krupp
One McKinley Square
Boston, MA 02109

John Reinstein, Esq.
American Civil Liberties Union
 of Massachusetts
99 Chauncy Street
Boston, MA 02111

Mary O'Neil, Esq.
Assistant Attorney General
Government Bureau/Trial Division
One Ashburton Place, Room 1813
Boston, MA 02108

By Overnight Mail:

Joseph P. Kittredge, Esq.
Law Offices of Timothy Burke
160 Gould Street, Suite 111
Needham, MA 02994

/s/Laura G. Hoey
Laura G. Hoey