UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 04-CV-12513-RBC

| | |
|---|---|
| KING DOWNING,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>MASSACHUSETTS PORT AUTHORITY, THE MASSACHUSETTS DEPARTMENT OF STATE POLICE, STATE POLICE TROOPER THOMPSON, STATE POLICE SARGEANT CROXTON, THOMAS G. ROBBINS and PETER J. DIDOMENICA,<br><br>　　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

　　Please enter an appearance for Laura G. Hoey as counsel for Defendant Massachusetts Port Authority in the above-captioned matter.

　　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　For Defendant Massachusetts Port Authority
　　　　　　　　　　　　　　　　　　By its attorney,


　　　　　　　　　　　　　　　　　　/s/Laura G. Hoey
　　　　　　　　　　　　　　　　　　Laura G. Hoey (BBO #650643)
　　　　　　　　　　　　　　　　　　Ropes & Gray LLP
　　　　　　　　　　　　　　　　　　One International Place
　　　　　　　　　　　　　　　　　　Boston, Massachusetts 02110-2624
　　　　　　　　　　　　　　　　　　(617) 951-7000

Dated: February 7, 2006

CERTIFICATE OF SERVICE

    I hereby certify that a true copy of the above document was served upon the attorney of record for each other party on February 7, 2006, as follows:

<u>By Hand:</u>

Peter B. Krupp, Esq.
Lurie & Krupp
One McKinley Square
Boston, MA  02109

John Reinstein, Esq.
American Civil Liberties Union
 of Massachusetts
99 Chauncy Street
Boston, MA  02111

Mary O'Neil, Esq.
Assistant Attorney General
Government Bureau/Trial Division
One Ashburton Place, Room 1813
Boston, MA  02108

<u>By Overnight Mail:</u>

Joseph P. Kittredge, Esq.
Law Offices of Timothy Burke
160 Gould Street, Suite 111
Needham, MA  02994

        /s/Laura G. Hoey
        Laura G. Hoey