UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KING DOWNING, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| MASSACHUSETTS PORT AUTHORITY, THE | )    Civil Action No. 04-12513-RBC |
| MASSACHUSETTS DEPARTMENT OF STATE | ) |
| POLICE, STATE POLICE TROOPER | ) |
| THOMPSON, STATE POLICE SERGEANT | ) |
| CROXTON, THOMAS G. ROBBINS, and | ) |
| PETER J. DIDOMENICA, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## NOTICE OF APPEARANCE

COMES NOW Jeffrey D. Kahn, Trial Attorney at the Civil Division, United States

Department of Justice, and enters his appearance on behalf of the United States of America.

Dated: March 7, 2006

Of Counsel:

SARAH TAUBER
Attorney-Advisor
Office of Chief Counsel
Transportation Security Administration

Respectfully submitted,

PETER D.  KEISLER
Assistant Attorney General

MICHAEL J. SULLIVAN
United States Attorney

SANDRA M. SCHRAIBMAN
Assistant Branch Director

 /s/ Jeffrey D. Kahn
JEFFREY D. KAHN (MI # P65270)
Trial Attorney, Federal Programs Branch
Civil Division, United States Department of Justice
P.O. Box 883 Ben Franklin Station
20 Massachusetts Ave., N.W.; Rm. 7122
Washington, D.C. 20044
Tel.: (202) 514-3716

Fax.: (202) 616-8470
jeffrey.kahn@usdoj.gov

*Attorneys for the United States*

## CERTIFICATE OF SERVICE

In accordance with Local Rule 5.2(b) and Section E.2 of the Electronic Case Filing Administrative Procedures of the United States District Court for the District of Massachusetts (January 1, 2006), I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 7, 2006.

**Registered Participants**:

John Reinstein
reinstein@aclu-mass.org

Peter B. Krupp
pkrupp@luriekrupp.com

Roscoe Trimmier, Jr.
rtrimmier@ropesgray.com

Laura Gaffney Hoey
lhoey@ropesgray.com

Jean M. Kelley
jean.kelley@ago.state.ma.us

Mary E. O'Neil
mary.o'neil@ago.state.ma.us

Joseph P. Kittredge
jkittredge@timberkelaw.com

Suzanne T. Caravaggio
scaravaggio@timburkelaw.com

**Non-registered participants**:

There are no non-registered participants.

/s/ Jeffrey D. Kahn
JEFFREY D. KAHN (MI # P65270)