UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| KING DOWNING, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>MASSACHUSETTS PORT AUTHORITY, THE )<br>MASSACHUSETTS DEPARTMENT OF STATE )<br>POLICE, STATE POLICE TROOPER )<br>THOMPSON, STATE POLICE SERGEANT )<br>CROXTON, THOMAS G. ROBBINS, and )<br>PETER J. DIDOMENICA, )<br>)<br>Defendants. )<br>) | Civil Action No. 04-12513-RBC |

### NOTICE OF APPEARANCE

COMES NOW Vesper Mei, Trial Attorney at the Civil Division, United States Department of Justice, and enters her appearance on behalf of the United States of America.

Dated: April 5, 2006                            Respectfully submitted,

                                                PETER D. KEISLER
                                                Assistant Attorney General

                                                MICHAEL J. SULLIVAN
Of Counsel:                                     United States Attorney

SARAH TAUBER                                    SANDRA M. SCHRAIBMAN
Attorney-Advisor                                Assistant Branch Director
Office of Chief Counsel                         _/s/ Vesper Mei_
Transportation Security Administration          _____
                                                VESPER MEI (D.C. Bar #455778)
                                                Trial Attorney, Federal Programs Branch
                                                Civil Division, United States Department of Justice
                                                P.O. Box 883 Ben Franklin Station
                                                20 Massachusetts Ave., N.W.; Rm. 7316
                                                Washington, D.C. 20044
                                                Tel.: (202) 514-3367

Fax.: (202) 616-8470
vesper.mei@usdoj.gov

*Attorneys for the United States*

## CERTIFICATE OF SERVICE

In accordance with Local Rule 5.2(b) and Section E.2 of the Electronic Case Filing Administrative Procedures of the United States District Court for the District of Massachusetts (January 1, 2006), I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on April 5, 2006.

**Registered Participants**:

John Reinstein
reinstein@aclu-mass.org

Peter B. Krupp
pkrupp@luriekrupp.com

Roscoe Trimmier, Jr.
rtrimmier@ropesgray.com

Laura Gaffney Hoey
lhoey@ropesgray.com

Jean M. Kelley
jean.kelley@ago.state.ma.us

Mary E. O'Neil
mary.o'neil@ago.state.ma.us

Joseph P. Kittredge
jkittredge@timberkelaw.com

Suzanne T. Caravaggio
scaravaggio@timburkelaw.com

**Non-registered participants**:

There are no non-registered participants.

VESPER MEI
Trial Attorney