### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| KING DOWNING,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>MASSACHUSETTS PORT AUTHORITY, THE<br>MASSACHUSETTS DEPARTMENT OF STATE<br>POLICE, STATE POLICE TROOPER<br>THOMPSON, STATE POLICE SERGEANT<br>CROXTON, THOMAS G. ROBBINS, and<br>PETER J. DIDOMENICA,<br><br>　　　　　　Defendants. | Civil Action No. 04-12513-RBC |

### STATUS REPORT

On March 9, 2006, this Court held a hearing on Plaintiff's Motion to Compel Production of Documents. At that hearing, the attorney for the United States represented that the Transportation Security Administration ("TSA") was in the process of reviewing 469 pages of documents received from defendant Massachusetts Port Authority ("Massport") for Sensitive Security Information ("SSI"), and that the review would most likely be completed within thirty days. At that time, the Court ordered the service and filing of a detailed status report by April 10, 2006 if the TSA had not made its determination by that date.

The United States is submitting this Status Report to notify the Court that TSA's review of the documents received from Massport pertaining to this case is in fact complete, and those documents were transmitted back to Massport on April 4, 2006. Exhibit A at 3. Some documents were redacted because they contain SSI. A copy of the letter from TSA to Massport was sent to plaintiff's counsel on April 5. Exhibit A.

Dated: April 5, 2006

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

MICHAEL J. SULLIVAN
Of Counsel:                                         United States Attorney

SARAH TAUBER                                SANDRA M. SCHRAIBMAN
Attorney-Advisor                               Assistant Branch Director
Office of Chief Counsel
Transportation Security Administration

VESPER MEI (D.C. Bar #455778)
Trial Attorney, Federal Programs Branch
Civil Division, United States Department of Justice
P.O. Box 883 Ben Franklin Station
20 Massachusetts Ave., N.W.; Rm. 7316
Washington, D.C. 20044
Tel.: (202) 514-3367
Fax.: (202) 616-8470
vesper.mei@usdoj.gov

Attorneys for the United States

## **CERTIFICATE OF SERVICE**

In accordance with Local Rule 5.2(b) and Section E.2 of the Electronic Case Filing Administrative Procedures of the United States District Court for the District of Massachusetts (January 1, 2006), I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on April 5, 2006.

**Registered Participants**:

John Reinstein
reinstein@aclu-mass.org

Peter B. Krupp
pkrupp@luriekrupp.com

Roscoe Trimmier, Jr.
rtrimmier@ropesgray.com

Laura Gaffney Hoey
lhoey@ropesgray.com

Jean M. Kelley
jean.kelley@ago.state.ma.us

Mary E. O'Neil
mary.o'neil@ago.state.ma.us

Joseph P. Kittredge
jkittredge@timberkelaw.com

Suzanne T. Caravaggio
scaravaggio@timburkelaw.com

**Non-registered participants**:

There are no non-registered participants.

VESPER MEI
Trial Attorney

# Exhibit A



**U.S. Department of Justice**

*Vesper Mei, Trial Attorney*
*Federal Programs Branch*
*Civil Division*
SMS:VM                              *P.O. Box 883, Ben Franklin Station*
145-0-7755                          *Washington, D.C. 20044*
                                    *(202) 514-3367*

                                    April 5, 2006

**VIA EMAIL AND FIRST CLASS MAIL**

Peter B. Krupp
Lurie & Krupp, LLP
One McKinley Square
Boston, MA 02109

John Reinstein
American Civil Liberties Union of Massachusetts
99 Chauncy Street, Suite 310
Boston, MA 02111

        Re:  Downing v. Massachusetts Port Authority,
             et al., 04-12513 (RBC)

Dear Messrs. Krupp and Reinstein:

        I have taken this case over from Jeffrey Kahn, who has left
the Department of Justice, and will be entering my appearance
shortly.

        I am writing to let you know that the Transportation
Security Administration ("TSA") has completed its review of the
documents submitted to it by Massachusetts Port Authority
("Massport") in connection with this case and has transmitted
them back to Massport.  I have enclosed the relevant letter from
TSA to Massport.

        Please feel free to contact me if you have any further
questions.

                          Sincerely yours,

                          Vesper Mei
                          Trial Attorney

-2-

Enclosures

cc:   Roscoe Trimmier, Jr. (via email)
      Laura Gaffney Hoey (via email)
      Jean M. Kelley (via email)
      Mary E. O'Neil (via email)
      Joseph P. Kittredge (via email)
      Suzanne T. Caravaggio (via email)



**U.S. Department of Homeland Security**
Arlington, VA 22202

**Transportation
Security
Administration**

April 4, 2006

Ms. Laura G. Hoey
Ropes & Gray, LLP
One International Place
Boston, MA 02110-2624

   Re: <u>Downing v. Massport et. all</u>
      No. 04-12513 (D. Mass.)

Dear Ms. Hoey:

  Pursuant to 49 U.S.C. Section 114(s), and 49 C.F.R. part 1520.5(b), the
Transportation Security Administration (TSA) has conducted a review of the documents
you submitted to TSA, in relation to the above-referenced case.

  TSA has redacted portions of the documents that you provided because of the SSI
content. However, the enclosed CD contains these redacted documents, which may be
shared during this litigation.

  Thank you for your cooperation.

       Sincerely yours,

       Sarah Tauber
       Attorney/Advisor
       Office of Chief Counsel
       Transportation Security Administration
       601 South 12th Street, TSA-2
       Arlington, Virginia 22202
       (571) 227-3964
       (571) 227-1378 (fax)

Enclosure