UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| KING DOWNING,  )<br>    Plaintiff,  )<br>  )<br>v.  )<br>  )<br>MASSPORT, MASSACHUSETTS STATE  )<br>POLICE, ET AL,  )<br>    Defendants.  )<br>  ) | Civil Action No. 04-12513 |

## NOTICE OF WITHDRAWAL OF APPEARANCE

**To The Clerk Of The Above Named Court:**

Please withdraw my appearance as counsel for the defendants, Peter J. Didomenica, and Thomas G. Robbins, The Massachusetts State Police in the above-entitled action.

Respectfully Submitted,
COMMONWEALTH OF MASSACHUSETTS

By its Attorneys,

THOMAS F. REILLY
ATTORNEY GENERAL


   /s/ Jean M. Kelley
Jean M. Kelley, BBO#265540
Assistant Attorney General
Government Bureau/Trial Division
One Ashburton Place, Room 1813
Boston, MA 02108-1598
(617) 727-2200 x 3327
jean.kelley@ago.state.ma.us

Date: May 11, 2006

Certificate of Service

    I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on May 11, 2006.

        /s/ Jean M. Kelley
    Jean M. Kelley
    Assistant Attorney General
    Government Bureau/Trial Division