# United States District Court
# District of Massachusetts

KING DOWNING,
      Plaintiff,

      v.                           CIVIL ACTION NO. 04-12513-RBC

MASSACHUSETTS PORT AUTHORITY,
MASSACHUSETTS STATE POLICE,
STATE POLICE TROOPER THOMPSON,
STATE POLICE SERGEANT CROXTON,
THOMAS G. ROBBINS,
PETER J. DIDOMENICA,
      Defendants.

# *SCHEDULING*
# *ORDER - RULE 16(b), FED. R. CIV. P.*

COLLINGS, U.S.M.J.

The Court enters the within Scheduling Order pursuant to Rule 16(b), Fed. R. Civ. P.

(1)    All  discovery shall be filed and/or served *on or before the close of business on Friday, October 6, 2006* and *COMPLETED on or before the close of business on Monday, November 13, 2006.*

(2)    A further conference is set for ***Tuesday, August 15, 2006 at 4:15***

***P.M.***


/s/ *Robert B. Collings*

ROBERT B. COLLINGS
United States Magistrate Judge

May 11, 2006.