UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 04-CV-12513-GAO

| | |
|---|---|
| KING DOWNING, | ) |
|     Plaintiff | ) |
| | ) |
| V. | ) |
| | ) |
| MASSACHUSETTS PORT AUTHORITY, | ) |
| THE MASSACHUSETTS DEPARTMENT | ) |
| OF STATE POLICE, STATE POLICE TROOPER | ) |
| THOMPSON, STATE POLICE SERGEANT | ) |
| CROXTON, THOMAS G. ROBBINS, and | ) |
| PETER J. DIDOMENICA, | ) |
|     Defendants | ) |
| | ) |

NOTICE OF WITHDRAWAL

I, Suzanne T. Caravaggio, hereby give notice of the withdrawal of my appearance as counsel in the above-captioned matter for Defendants State Police Sergeant Croxton and State Police Trooper Thompson.

Respectfully submitted,
For Defendants State Police Sergeant Croxton and
State Police Trooper Thompson,

LAW OFFICES OF TIMOTHY M. BURKE

/s/Suzanne T. Caravaggio
Suzanne T. Caravaggio, Esquire
BBO #634175
160 Gould Street, Suite 111
Needham, MA 02494
(781) 455-0707

CERTIFICATE OF SERVICE

I hereby certify that on this date this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants as of November 6, 2006.

Date: 11/06/06                                     /s/ Suzanne T. Caravaggio
                                                   Suzanne T. Caravaggio