UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 04-CV-12513-GAO

| | |
|---|---|
| KING DOWNING,<br>    Plaintiff<br><br>V.<br><br>MASSACHUSETTS PORT AUTHORITY,<br>THE MASSACHUSETTS DEPARTMENT<br>OF STATE POLICE, STATE POLICE TROOPER<br>THOMPSON, STATE POLICE SERGEANT<br>CROXTON, THOMAS G. ROBBINS, and<br>PETER J. DIDOMENICA,<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

Please enter an appearance for Brian Rogal as counsel for Defendants Trooper Thompson and Sergeant Croxton in the above-entitled matter.

                    Respectfully submitted,
                    For Defendants Trooper Thompson and
                    Sergeant Croxton,
                    By their attorneys,


                    /s/ Brian Rogal
                    Brian Rogal, BBO #424920
                    LAW OFFICES OF TIMOTHY M. BURKE
                    160 Gould Street, Suite 111
                    Needham, MA 02494
                    (781) 455-0707

CERTIFICATE OF SERVICE

      I hereby certify that on this date this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants as of November 6, 2006.

Date:  11/06/06                           /s/ Brian Rogal