UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KING DOWNING,<br>    Plaintiff<br>v.<br><br>MASSACHUSETTS PORT AUTHORITY,<br>THE MASSACHUSETTS DEPARTMENT<br>OF STATE POLICE, STATE POLICE TROOPER<br>THOMPSON, STATE POLICE SERGEANT<br>CROXTON, THOMAS G. ROBBINS, and<br>PETER J. DIDOMENICA,<br>    Defendants | )<br>)<br>) C.A. No. CV 04-12513GAO<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF CHANGE OF ADDRESS**

TO THE REGISTER OF THE ABOVE NAMED COURT:

    Please enter my change of address, telephone/ facsimile numbers and Email in the above entitled case on behalf of Trooper Thompson as follows:

**FROM:**

*Law Offices Of Timothy M. Burke*
*Needham Corporate Center*
*160 Gould street, Suite 111*
*Needham, MA 02494-2300*
*Tel. (781) 455-0707*
*Fax (781) 455-8879*
Email:  jkittredge@timburkelaw.com

*TO:*
*Rafanelli & Kittredge, P.C.*
*1 Keefe Road*
*Acton, MA 01720-5517*
*Tel. (978) 369-6001*
*Fax (978) 369-4001*
*Email*:  jpkittredgesq@comcast.net

|  |  |
|---|---|
|  | Respectfully submitted,<br>Trooper Thompson, Defendant<br>By his Attorney, |
|  | /s/ Joseph P. Kittredge |
| November 10, 2006 | BBO# 548841<br>Rafanelli & Kittredge, P.C.<br>1 Keefe Road<br>Acton, MA 01720-5517<br>Tel. (978) 369-6001/Fax (978) 369-4001 |

## CERTIFICATE OF SERVICE

Service of this document is made via the court's ECF system