**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| | ) | |
| KING DOWNING, | ) | |
| | ) | Civil Action No. 04-12513-RBC |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MASSACHUSETTS PORT AUTHORITY, | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**NOTICE OF APPEARANCE**

To the Clerk:

Pursuant to Local Rule 83.5.2, please enter my appearance in the above-captioned case as counsel for interested party United States of America.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _/s/ Mark T. Quinlivan_____
MARK T. QUINLIVAN
Assistant United States Attorney
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3606

Dated: January 16, 2007