# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KING DOWNING, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MASSACHUSETTS PORT AUTHORITY, THE )<br>MASSACHUSETTS DEPARTMENT OF STATE )<br>POLICE, STATE POLICE TROOPER )<br>THOMPSON, STATE POLICE SARGEANT )<br>CROXTON, THOMAS G. ROBBINS, and )<br>PETER J. DIDOMENICA, )<br>)<br>Defendants. )<br>) | Civil Action No. 04-12513-RBC |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Please enter the withdrawal of my appearance as counsel for Defendant Massachusetts Port Authority in the above-captioned matter. Roscoe Trimmier, Jr. remains counsel of record for the Massachusetts Port Authority.

        Respectfully submitted,
        For Defendant Massachusetts Port Authority

        By its attorney,

        /s/ Laura G. Hoey
        Laura G. Hoey (BBO # 650643)
        Ropes & Gray LLP
        One International Place
        Boston, Massachusetts 02110
        (617) 951-7000

Dated: January 24, 2007