# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KING DOWNING,<br><br>                   Plaintiff,<br><br>      v.<br><br>MASSACHUSETTS PORT AUTHORITY, THE MASSACHUSETTS DEPARTMENT OF STATE POLICE, STATE POLICE TROOPER THOMPSON, STATE POLICE SERGEANT CROXTON, THOMAS G. ROBBINS, and PETER J. DIDOMENICA,<br><br>                   Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 04-12513-RBC<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **NOTICE OF APPEARANCE**

Please enter an appearance for Annmarie A. Tenn as counsel for Defendant Massachusetts Port Authority in the above-captioned matter.

Date:   February 26, 2007          Respectfully submitted,

                                   MASSACHUSETTS PORT AUTHORITY

                                   By its attorneys,


                                   /s/ Annmarie A. Tenn
                                   Roscoe Trimmier, Jr.  (BBO #502506)
                                   Annmarie A. Tenn (BBO #658789)
                                   Ropes & Gray LLP
                                   One International Place
                                   Boston, Massachusetts 02110
                                   (617) 951-7000
                                   roscoe.trimmier@ropesgray.com
                                   annmarie.tenn@ropesgray.com

**CERTIFICATE OF SERVICE**

In accordance with L.R. 5.2(b) and Section E.2 of the Electronic Case Filing Administrative Procedures of the United States District Court for the District of Massachusetts, I, Annmarie A. Tenn, hereby certify that on February 26, 2007, the within Notice Of Appearance filed through the ECF system will be sent electronically to registered participants as identified on the Notice of Electronic Filing.

/s/ Annmarie A. Tenn
Annmarie A. Tenn