UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| KING DOWNING, <br> Plaintiff, <br><br> v. <br><br> MASSPORT, MASSACHUSETTS STATE POLICE, ET AL, <br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Civil Action No. 04-12513-GAO |

## DEFENDANTS, MASSACHUSETTS STATE POLICE, THOMAS G. ROBBINS, AND PETER DIDOMENICA'S MOTION FOR EXTENSION OF TIME TO FILE SUMMARY JUDGMENT BRIEF

Defendants Massachusetts State Police, Thomas G. Robbins, and Peter Didomenica request that this Court permit them an extension to Monday, March 5, 2007 to file their summary judgment brief. As good cause for this motion, defense counsel states that the review process for the memorandum is not quite completed, and she anticipates that the memorandum will be ready for filing on Monday, March 5, 2007.

                                               Respectfully Submitted,
                                               COMMONWEALTH OF MASSACHUSETTS
                                               MASSACHUSETTS STATE POLICE

                                               By its Attorneys,

                                             MARTHA COAKLEY
                                             ATTORNEY GENERAL

                                             /s/ Mary O'Neil
                                             Mary O'Neil, BBO #379430
                                             Assistant Attorney General
                                             Government Bureau/Trial Division
                                             One Ashburton Place, Room 1813
                                             Boston, MA 02108-1598
                                             (617) 727-2200 x 2636

Date:  February 28, 2007

## **CERTIFICATE OF SERVICE**

I, Mary O'Neil, hereby certify that on February 28, 2007, I served the foregoing **Motion** and **Certificate Of Service** upon the attorneys of record, by mailing a copy first class, postage prepaid mail to:

Peter B. Krupp, Esquire
LURIE & KRUPP
One McKinley Square
Boston, MA 02109

Roscoe Trimmier, Jr., Esquire
Sarah L. Levine, Esquire
Annmarie E. Tenn, Esq.
ROPES & GRAY LLP
One International Place
Boston, MA 02110

Joseph P. Kittredge, Esq.
Rafanelli & Kittredge, P.C.
1 Keefe Road
Acton, MA 01720-5517

Jeffrey D. Kahn, Esq.
U. S. Department of Justice
Federal Programs Branch
P. O. Box 883
Washington, DC 20044

John Reinstein, Esquire
ACLU
99 Chauncy Street, Suite 310
Boston, MA 02111

Brian Rogal, Esq.
Law Offices of Brian Rogal
160 Gould Street, Suite 111
Needham, MA 02494

Mark T. Quinlivan, Esq.
U. S. Attorneys Office
One Courthouse Way
Boston, MA 02210

        /s/ Mary O'Neil
Mary O'Neil, Assistant Attorney General
Government Bureau/Trial Division