# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KING DOWNING,<br><br>        Plaintiff,<br><br>v.<br><br>MASSACHUSETTS PORT AUTHORITY, THE MASSACHUSETTS DEPARTMENT OF STATE POLICE, STATE POLICE TROOPER THOMPSON, STATE POLICE SERGEANT CROXTON, THOMAS G. ROBBINS, and PETER J. DIDOMENICA,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 04-12513-RBC<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DEFENDANT MASSACHUSETTS PORT AUTHORITY'S
## MOTION FOR SUMMARY JUDGMENT

Pursuant to Fed. R. Civ. P. 56, Defendant Massachusetts Port Authority ("Massport") files this Motion For Summary Judgment and respectfully requests that summary judgment be entered in its favor on all counts contained in Plaintiff King Downing's Complaint.  In support of its Motion, Massport relies upon its Memorandum Of Law and its Statement Of Undisputed Facts.  *See* L.R. 56.1.

| | |
|---|---|
| Date:  March 1, 2007 | Respectfully submitted,<br><br>MASSACHUSETTS PORT AUTHORITY<br>By its attorneys,<br><br>/s/ Annmarie A. Tenn<br>Roscoe Trimmier, Jr.  (BBO #502506)<br>Annmarie A. Tenn (BBO #658789)<br>Ropes & Gray LLP<br>One International Place<br>Boston, Massachusetts 02110<br>(617) 951-7000 |

-2-

roscoe.trimmier@ropesgray.com
annmarie.tenn@ropesgray.com

-2-

## CERTIFICATE OF SERVICE

In accordance with L.R. 5.2(b) and Section E.2 of the Electronic Case Filing Administrative Procedures of the United States District Court for the District of Massachusetts, I, Annmarie A. Tenn, hereby certify that on March 1, 2007, the within Motion For Summary Judgment filed through the ECF system will be sent electronically to registered participants as identified on the Notice of Electronic Filing.

/s/ Annmarie A. Tenn
Annmarie A. Tenn