UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| KING DOWNING, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 04-12513-RBC |
| MASSACHUSETTS PORT AUTHORITY et als, | ) ) ) | |
| Defendants. | ) ) | |

### NOTICE OF APPEARANCE OF COUNSEL

**To the Clerk:**

Please enter the appearance of the undersigned as co-counsel for the defendants Massachusetts State Police, Thomas G. Robbins and Peter DiDomenica, to serve together with Assistant Attorney General Mary O'Neil, whose appearance remains of record.

    COMMONWEALTH OF MASSACHUSETTS
    MASSACHUSETTS STATE POLICE

    By its Attorneys,

    MARTHA COAKLEY
    ATTORNEY GENERAL

    /s/ Ronald F. Kehoe
    Ronald F. Kehoe, BBO #264260
    Assistant Attorney General
    Government Bureau/Trial Division
    One Ashburton Place, Room 1813
    Boston, MA 02108-1598
    (617) 727-2200 x 2619

## Certificate of Service

I hereby certify that on April 10, 2007, I served this notice of appearance on counsel for all other parties by filing it electronically.

/s/ Ronald F. Kehoe

-2-