UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| KING DOWNING, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 04-12513-RBC |
| MASSACHUSETTS PORT AUTHORITY et als, | ) ) ) | |
| Defendants. | ) ) ) | |

**DEFENDANTS, MASSACHUSETTS STATE POLICE, THOMAS G. ROBBINS, AND PETER DIDOMENICA'S  MOTION FOR LEAVE TO FILE SUMMARY JUDGMENT MOTION PAPERS  LATE**

**Ex Parte Consideration Requested**

**Pursuant to Local Rule 7.1(C), counsel requests ex parte consideration of this motion.**

Defendants Massachusetts State Police, Thomas G. Robbins, and Peter Didomenica rmove that the Court grant them leave to file their summary judgment motion and supporting memorandum late, on or before Tuesday, April 17, 2007.

As good cause for this motion, the undersigned defense counsel states that the filing delay to date has been caused by personal health issues recently experienced by his co-counsel, which have needed to be addressed. The undersigned assures the Court that the motion and supporting memorandum will be filed  not later than Tuesday, April 17, 2007.

**LOCAL  RULE  7.1 CERTIFICATION**

I certify, pursuant to Local Rule 7.1(A)(2), that I have conferred with counsel for the plaintiff and for each co-defendant in a good faith effort to resolve or narrow the issue herein, and that I have been authorized by counsel for each other party to inform the Court that this motion is unopposed.

I further certify that counsel for all parties intend to enter into a stipulation to amend the present scheduling order so as to accommodate a consolidated response by plaintiff to all defendants' summary judgment motions, and that plaintiffs' counsel expects to circulate a draft of such a stipulation within the next day or two.

    COMMONWEALTH OF MASSACHUSETTS
    MASSACHUSETTS STATE POLICE

    By its Attorneys,

    MARTHA COAKLEY
    ATTORNEY GENERAL

    /s/ Ronald F. Kehoe
    Ronald F. Kehoe, BBO #264260
    Assistant Attorney General
    Government Bureau/Trial Division
    One Ashburton Place, Room 1813
    Boston, MA 02108-1598
    (617) 727-2200 x 2619

**Certificate of Service**

I hereby certify that on April 10, 2007, I served this motion on counsel for all other parties by filing it electronically.

    /s/ Ronald F. Kehoe