UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| KING DOWNING,<br>       Plaintiff,<br><br>       v.<br><br>MASSACHUSETTS PORT AUTHORITY; THE<br>MASSACHUSETTS DEPARTMENT OF STATE<br>POLICE, STATE POLICE TROOPER<br>THOMPSON, STATE POLICE SERGEANT<br>CROXTON, THOMAS G. ROBBINS, and<br>PETER J. DIDOMENICA,<br>       Defendants. | Civil Action No. 04-12513-RBC |

PLAINTIFF'S ASSENTED-TO MOTION TO MODIFY
SCHEDULING ORDERS RE: SUMMARY JUDGMENT AND TRIAL

      Plaintiff, King Downing, moves to modify the Scheduling Order Re: Summary Judgment Practice - Rule 16(b), Fed.R.Civ.P. ("Summary Judgment Schedule") (Docket #35) and the Order for Pre-Trial Conference and for Trial ("Pre-Trial Order") (Docket #36) to add time onto the deadlines set by the Court, and to reset the final pretrial conference and trial date to a date at the Court's convenience in or after mid-September, 2007.  In support of this motion, Mr. Downing states as follows:

      The parties appeared before the Court on November 20, 2006 for a status conference at which they discussed a schedule for, among other things, briefing summary judgment issues and preparing for trial.  Thereafter, the Court issued the Summary Judgment Schedule and the Pre-Trial Order.  As for summary judgment, the Court ordered the defendants to file their motions for summary judgment by March 1, 2007, and the plaintiff to file his opposition by April 2, 2007.  The Court granted the defendants leave to file reply memoranda (not to exceed seven pages) on

or before April 12, 2007. In the Pre-Trial Order, the Court set trial for May 29, 2007, with appropriate interim dates for pretrial matters.

At the time of the status conference in November, the undersigned plaintiff's counsel was scheduled to begin a murder trial in Suffolk Superior Court on March 2, 2007. That trial was later rescheduled to, and was held between March 26 and April 13, 2007.

On March 1, 2007, defendant Massachusetts Port Authority filed its motion for summary judgment. Defendants Tpr. Thompson and Sgt. Croxton filed a separate motion for summary judgment. On March 1, 2007, without conferring with plaintiff's counsel, defendants Massachusetts Department of State Police, Thomas Robbins and Peter DiDomenica filed a motion for leave to file a summary judgment motion by March 5, 2007. On the same day, the Court denied that motion for failure to comply with Local Rule 7.1(A)(2). On March 19, 2007, defendants Massachusetts State Police, Robbins and DiDomenica filed a motion seeking leave to file their summary judgment motion late because of their counsel's medical issues. Plaintiff did not oppose this request. On April 17, 2007, defendants Massachusetts State Police, Robbins and DiDomenica, by and through new counsel, filed a summary judgment motion.

Plaintiff believes it would be most efficient for counsel and the Court to address each of the three different summary judgment motions at one time and on the same schedule. Due to the undersigned's trial schedule and other commitments, additional time is necessary to address these motions.

Accordingly, with the assent of all parties, Mr. Downing requests the Court to modify the Summary Judgment Schedule to set the following new dates:

        May 17, 2007        Plaintiff to file oppositions to motions for summary judgment.

    June 7, 2007    Defendants may file reply memoranda (not to exceed seven pages).

Mr. Downing also has the assent of all parties in requesting that the Court modify the Pre-Trial Order to set the following new dates:

    August 1, 2007    Counsel shall meet and confer pursuant to Rule 16.5 as previously required in the Pre-Trial Order by March 28, 2007.

    August 8, 2007    Joint Pre-Trial Memorandum shall be filed.

    August 15, 2007    Objections to proposed exhibits, designation of portions of depositions, and objections to expert qualifications shall be given in writing as previously required in the Pre-Trial Order by April 25, 2007.

    August 30, 2007    Counter-designation of depositions given in writing, and filing of pre-trial motions, as previously required in the Pre-Trial Order by May 9, 2007.

    September 14, 2007    Oppositions to motions in limine, requests for voir dire questions, jury instructions and proposed jury verdict form, as previously required in the Pre-Trial Order by May 23, 2007.

  Finally, the parties request that the Court reschedule the final pretrial conference and trial to dates at the Court's convenience in or after mid-September, 2007, or schedule a status conference by phone or otherwise to select dates for the final pretrial conference and trial.

CERTIFICATION OF CONFERENCE

Pursuant to Local Rule 7.1(A)(2), I hereby certify that I conferred with Roscoe Trimmier, Suzanne Caravaggio and Ronald F. Kehoe, counsel for all of the defendants in this matter, and they all assent to this motion.

|  |  |
|---|---|
| Dated:  April 22, 2007 | KING DOWNING<br>By his attorneys,<br><br>/ S /  Peter B. Krupp<br><br>Peter B. Krupp<br>  BBO #548112<br>Lurie & Krupp, LLP<br>One McKinley Square<br>Boston, MA  02109<br>Tel:  (617) 367-1970<br><br>John Reinstein<br>  BBO # 416120<br>American Civil Liberties Union of Massachusetts<br>99 Chauncy Street, Suite 310<br>Boston, MA 02111<br>Tel:  (617) 482-3170 |

CERTIFICATE OF SERVICE

I, Peter B. Krupp, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on April 23, 2007.

/ S / Peter B. Krupp

Peter B. Krupp