UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 04-CV-12513-GAO

| | |
|---|---|
| KING DOWNING,<br>    Plaintiff | )<br>)<br>) |
| V. | )<br>) |
| MASSACHUSETTS PORT AUTHORITY,<br>THE MASSACHUSETTS DEPARTMENT<br>OF STATE POLICE, STATE POLICE TROOPER<br>THOMPSON, STATE POLICE SERGEANT<br>CROXTON, THOMAS G. ROBBINS, and<br>PETER J. DIDOMENICA,<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF APPEARANCE**

Please enter my appearance as counsel in this matter for Defendants State Police Sergeant Croxton and State Police Trooper Thompson.

Respectfully submitted,
For Defendants State Police Sergeant Croxton and
State Police Trooper Thompson,

RAFANELLI & KITTREDGE, P.C.

/s/ Suzanne T. Caravaggio
Suzanne T. Caravaggio, BBO #634175
One Keefe Road
Acton, MA 01720-5517
(978) 369-6001

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this date this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants as of May 22, 2007.

Date: 05/22/07                                        /s/ Suzanne T. Caravaggio_____
                                                               Suzanne T. Caravaggio