UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KING DOWNING,<br>   Plaintiff,<br><br>v.<br><br>MASSACHUSETTS PORT AUTHORITY; THE MASSACHUSETTS DEPARTMENT OF STATE POLICE, STATE POLICE TROOPER THOMPSON, STATE POLICE SERGEANT CROXTON, THOMAS G. ROBBINS, and PETER J. DIDOMENICA,<br>   Defendants. | Civil Action No. 04-12513-RBC |

PLAINTIFF'S ASSENTED-TO MOTION FOR ADDITIONAL TIME
TO FILE OPPOSITION TO SUMMARY JUDGMENT MOTIONS

  Plaintiff, King Downing, moves for additional time through May 29, 2007 within which to file his consolidated opposition to the defendants' various summary judgment motions. In support of this motion, Mr. Downing states as follows:

  By agreement of the parties, and the schedule adopted by the Court, Mr. Downing's response to the various summary judgment motions was to be filed by May 17, 2007. Due to the schedule of the undersigned counsel, and of Mr. Downing, plaintiff requires additional time to complete his opposition to the consolidated motion. The defendants, by and through counsel, assent to the relief sought in this motion, but request, and the plaintiff assents to the request, an additional 12 days through June 19, 2007 to prepare and file any reply, and to move all other pretrial dates by 10 days with the exception of the hearing scheduled for September 27, 2007, which will not move.

CERTIFICATION OF CONFERENCE

Pursuant to Local Rule 7.1(A)(2), I hereby certify that I conferred with Roscoe Trimmier, Suzanne Caravaggio and Mary O'Neil, counsel for all of the defendants in this matter, and they all assent to this motion.

                                                KING DOWNING
                                                By his attorneys,

                                                / S /  Peter B. Krupp

Dated:  May 23, 2007                     Peter B. Krupp
                                                  BBO #548112
                                                Lurie & Krupp, LLP
                                                One McKinley Square
                                                Boston, MA  02109
                                                Tel:  (617) 367-1970

                                                John Reinstein
                                                  BBO # 416120
                                                American Civil Liberties Union of
                                                Massachusetts
                                                99 Chauncy Street, Suite 310
                                                Boston, MA 02111
                                                Tel:  (617) 482-3170

CERTIFICATE OF SERVICE

I, Peter B. Krupp, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on May 23, 2007.

                                                / S / Peter B. Krupp

                                                Peter B. Krupp