UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____

|  |  |  |
|---|---|---|
| KING DOWNING, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-12513-GAO |
| | ) | |
| MASSPORT, MASSACHUSETTS STATE POLICE, ET AL, | ) ) | |
| Defendants. | ) | |
| | ) | |

_____

### DEFENDANTS, MASSACHUSETTS STATE POLICE, THOMAS G. ROBBINS, AND PETER DIDOMENICA'S MOTION FOR EXTENSION OF TIME TO FILE REPLY THREE DAYS LATE

Defendants Massachusetts State Police, Thomas G. Robbins, and Peter Didomenica request that this Court permit them to file their reply to plaintiff's opposition to their motion for summary judgment three days late. As good cause for this motion, defense counsel states that the review process for the reply is now completed. And plaintiff's counsel does not oppose the motion.

        Respectfully Submitted,
        COMMONWEALTH OF MASSACHUSETTS
        MASSACHUSETTS STATE POLICE

        By its Attorneys,

        MARTHA COAKLEY
        ATTORNEY GENERAL

        /s/ Mary O'Neil_____
        Mary O'Neil, BBO #379430
        Assistant Attorney General
        Government Bureau/Trial Division
        One Ashburton Place, Room 1813
        Boston, MA 02108-1598
        (617) 727-2200 x 2636

Date: June 22, 2007

## CERTIFICATION UNDER LOCAL RULE 7.1

I, Mary O'Neil, counsel for defendants Robbins, Didomenica, and the Massachusetts State Police, certify that I conferred with counsel and attempted in good faith to resolve the issue.

/s/Mary O'Neil

Mary O'Neil

## CERTIFICATE OF SERVICE

In accordance with L.R. 5.2(b) and Section E.2 of the Electronic Case Filing Administrative Procedures of the United States District Court for the District of Massachusetts, I, Mary O'Neil hereby certify that on June 22, 2007 I filed the above affidavit through the ECF system.

Peter B. Krupp, Esquire
LURIE & KRUPP
One McKinley Square
Boston, MA 02109

Roscoe Trimmier, Jr., Esquire
Sarah L. Levine, Esquire
Annmarie E. Tenn, Esq.
ROPES & GRAY LLP
One International Place
Boston, MA 02110

Joseph P. Kittredge, Esq.
Rafanelli & Kittredge, P.C.
1 Keefe Road
Acton, MA 01720-5517

Jeffrey D. Kahn, Esq.
U. S. Department of Justice
Federal Programs Branch
P. O. Box 883
Washington, DC 20044

John Reinstein, Esquire
ACLU
99 Chauncy Street, Suite 310
Boston, MA 02111

Suzanne Caravaggio, Esquire
Rafanelli & Kittredge, P.C.
1 Keefe Road
Acton, MA. 01720-5517

Mark T. Quinlivan, Esq.
U. S. Attorneys Office
One Courthouse Way
Boston, MA 02210

_____/s/ Mary O'Neil_____
Mary O'Neil, Assistant Attorney General
Government Bureau/Trial Division