**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| KING DOWNING,<br><br>               Plaintiff,<br><br>    v.<br><br>MASSACHUSETTS PORT AUTHORITY, THE<br>MASSACHUSETTS DEPARTMENT OF STATE<br>POLICE, STATE POLICE TROOPER<br>THOMPSON, STATE POLICE SERGEANT<br>CROXTON, THOMAS G. ROBBINS, and<br>PETER J. DIDOMENICA,<br><br>             Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 04-12513-RBC<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT MASSACHUSETTS PORT AUTHORITY'S MOTION FOR**
**RECONSIDERATION OR, IN THE ALTERNATIVE, FOR CLARIFICATION**

Defendant Massachusetts Port Authority ("Massport") files this Motion For

Reconsideration Or, In The Alternative, For Clarification concerning the recent Order denying

Defendant Massport's summary judgment motion. *See generally* Order denying S.J. Mots.

issued Nov. 7, 2007. In support of this Motion, Massport relies upon its accompanying

Memorandum of Law.

Pursuant to L.R. 7.1(A)(2), the undersigned certifies that she conferred with counsel to

resolve the issues in this Motion, but has been unable to do so.

Date: November 13, 2007                Respectfully submitted,

                                        MASSACHUSETTS PORT AUTHORITY

By its attorneys,

/s/ Annmarie A. Tenn
Roscoe Trimmier, Jr.  (BBO #502506)
Annmarie A. Tenn (BBO #658789)
Ropes & Gray LLP
One International Place
Boston, Massachusetts 02110
(617) 951-7000
roscoe.trimmier@ropesgray.com
annmarie.tenn@ropesgray.com

**CERTIFICATE OF SERVICE**

In accordance with L.R. 5.2(b) and Section E.2 of the Electronic Case Filing Administrative Procedures of the United States District Court for the District of Massachusetts, I, Annmarie A. Tenn, hereby certify that on November 13, 2007, the within Motion filed through the ECF system will be sent electronically to registered participants as identified on the Notice of Electronic Filing.

<u>/s/ Annmarie A. Tenn</u>
Annmarie A. Tenn