UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| KING DOWNING, <br>     Plaintiff, <br><br> v. <br><br> MASSPORT, MASSACHUSETTS STATE POLICE, ET AL, <br>     Defendants. | ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 04-12513-RBC |

**DEFENDANT THOMAS ROBBINS'S MOTION FOR RECONSIDERATION**

Defendant Thomas Robbins ("Robbins") Moves this Honorable Court to reconsider its decision denying his Motion for Summary Judgment. In support of his Motion, Robbins refers to his accompanying Memorandum of Law.

    Respectfully Submitted,
    COMMONWEALTH OF MASSACHUSETTS

    By its Attorneys,

    MARTHA COAKLEY
    ATTORNEY GENERAL


    /s/ Mary O'Neil
    Mary O'Neil, BBO #379430
    Assistant Attorney General
    Government Bureau/Trial Division
    One Ashburton Place, Room 1813
    Boston, MA 02108-1598
    (617) 727-2200 x 2636

Date:  November 16, 2007

**L.R. 7.1(A)(2) CERTIFICATION**

Pursuant to L.R. 7.1(A)(2), the undersigned certifies that she conferred with counsel to resolve the issues in this Motion, but has been unable to do so.

## CERTIFICATE OF SERVICE

In accordance with L.R. 5.2(b) and Section E.2 of the Electronic Case Filing Administrative Procedures of the United States District Court for the District of Massachusetts, I, Mary O'Neil, hereby certify that on November 15, 2007, this Motion for Reconsideration was filed through the ECF system, and will be sent electronically to registered participants as identified in the Notice of Electronic Filing.

/s/ Mary O'Neil
Mary O'Neil, Assistant Attorney General
Government Bureau/Trial Division