UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KING DOWNING,<br>　　　Plaintiff,<br><br>v.<br><br>MASSACHUSETTS PORT AUTHORITY, THE MASSACHUSETTS STATE POLICE, STATE POLICE TROOPER THOMPSON STATE POLICE SERGEANT CROXTON, THOMAS G. ROBBINS, and PETER J. DIDOMENICA,<br>　　　Defendants. | Civil Action No. 04-12513-RBC |

## NOTICE OF APPEARANCE

**To The Clerk Of The Above-Named Court:**

　　Please notice my appearance as counsel for the defendants, Massachusetts State Police, Thomas G. Robbins and Peter J. Didomenica, in this action.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　COMMONWEALTH OF
　　　　　　　　　　　　　　　　　　　MASSACHUSETTS, MASSACHUSETTS
　　　　　　　　　　　　　　　　　　　STATE POLICE, THOMAS
　　　　　　　　　　　　　　　　　　　G. ROBBINS and PETER J.
　　　　　　　　　　　　　　　　　　　DIDOMENICA

　　　　　　　　　　　　　　　　　　　MARTHA COAKLEY
　　　　　　　　　　　　　　　　　　　ATTORNEY GENERAL

　　　　　　　　　　　　　　　　　　　/s/ Lisa J. Fauth
　　　　　　　　　　　　　　　　　　　Lisa J. Fauth, BBO # 659505
　　　　　　　　　　　　　　　　　　　Assistant Attorney General
　　　　　　　　　　　　　　　　　　　Government Bureau/Trial Division
　　　　　　　　　　　　　　　　　　　One Ashburton Place, 18th Floor
　　　　　　　　　　　　　　　　　　　Boston, MA  02108
Dated:  November 16, 2007　　　　　　(617) 727-2200, ext. 2817

**CERTIFICATE OF SERVICE**

      I, Lisa J. Fauth, Assistant Attorney General, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the notice of electronic filing (NEF) and paper copies will be sent to those indicated as non-registered participants by first class mail, postage prepaid.

      /s/ Lisa J. Fauth
      Lisa J. Fauth
      Assistant Attorney General
      Trial Division

Dated:   November 16, 2007