UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KING DOWNING, <br><br> Plaintiff, <br><br> v. <br><br> MASSACHUSETTS PORT AUTHORITY, THE MASSACHUSETTS DEPARTMENT OF STATE POLICE, STATE POLICE TROOPER THOMPSON, STATE POLICE SERGEANT CROXTON, THOMAS G. ROBBINS, and PETER J. DIDOMENICA, <br><br> Defendants. | Civil Action No. 04-12513-RBC |

**DEFENDANT MASSACHUSETTS PORT AUTHORITY'S MOTION *IN LIMINE* TO EXCLUDE CERTAIN REDACTED MATERIALS AND, IN THE ALTERNATIVE, FOR LEAVE TO INTRODUCE THE UNREDACTED VERSION OF THOSE MATERIALS AND FOR A LIMITING INSTRUCTION**

Defendant Massachusetts Port Authority ("Massport") files this Motion *In Limine* and requests that the Court exclude from evidence two redacted power point slides entitled "Racial Profiling." In support of this Motion, Massport relies upon its accompanying Memorandum Of Law.

Pursuant to L.R. 7.1(A)(2), counsel for Massport certify that they conferred with counsel to resolve the issues in this Motion, but have been unable to do so.

Date:   November 21, 2007

Respectfully submitted,

MASSACHUSETTS PORT AUTHORITY
By its attorneys,

/s/ Annmarie A. Tenn
Roscoe Trimmier, Jr.  (BBO #502506)
Annmarie A. Tenn (BBO #658789)
Ropes & Gray LLP

One International Place  
Boston, Massachusetts 02110  
(617) 951-7000  
roscoe.trimmier@ropesgray.com  
annmarie.tenn@ropesgray.com

-3-

## CERTIFICATE OF SERVICE

In accordance with L.R. 5.2(b) and Section E.2 of the Electronic Case Filing Administrative Procedures of the United States District Court for the District of Massachusetts, I, Annmarie A. Tenn, hereby certify that on November 21, 2007, the within Motion *In Limine* filed through the ECF system will be sent electronically to registered participants as identified on the Notice of Electronic Filing.

/s/ Annmarie A. Tenn
Annmarie A. Tenn