UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                            )
KING DOWNING,                               )
    Plaintiff,                             )
                                            )
v.                                          )   Civil Action No. 04-12513-RBC
                                            )
MASSACHUSETTS PORT AUTHORITY, THE           )
MASSACHUSETTS STATE POLICE,                 )
STATE POLICE TROOPER THOMPSON               )
STATE POLICE SERGEANT CROYTON,              )
THOMAS G. ROBBINS, and PETER J.             )
DIDOMENICA,                                 )
    Defendants.                            )
_____)

### DEFENDANTS MASSACHUSETTS STATE POLICE, COLONEL ROBBINS, AND SERGEANT DIDOMENICA'S MOTION TO BIFURCATE THE TRIAL

The central factual issue of this trial is whether the BASS program was used in the airport encounter between Trooper Thompson and Mr. Downing. Absent the jury making this determination, all evidence regarding the constitutionality of the BASS program is irrelevant. And thus, there is no reason for the Massachusetts State Police, Colonel Robbins, Sergeant DiDomenica, and Massport to be on trial because their only connection to the case is premised on Mr. Downing's confusing allegation that although he does not know if the BASS program was used in his encounter he is alleging that it was. Absent the use of the BASS program, there is no reason for the these defendants to remain in the lawsuit.

In its denial of the defendants' motions for summary judgment, the Court determined that a question of fact exists as to whether the BASS program was used. This bifurcation will resolve that question of fact, and provide for a better use of judicial resources.

Thus, defendants Massachusetts State Police, Colonel Robbins, and Sergeant DiDomenica move that this Court bifurcate the trial as follows: the initial determination of whether the BASS program was used during Trooper Thompson and Mr. Downing's encounter at Logan International Airport.

Respectfully Submitted,
COMMONWEALTH OF MASSACHUSETTS
MASSACHUSETTS STATE POLICE, THOMAS
G. ROBBINS and PETER J. DIDOMENICA

By its Attorneys,

MARTHA COAKLEY
ATTORNEY GENERAL

/s/Mary O'Neil
Mary O'Neil, BBO #379430
Lisa J. Fauth, BBO #659505
Assistant Attorney General
Government Bureau/Trial Division
One Ashburton Place, Room 1813
Boston, MA 02108-1598
(617) 727-2200 x 2636

Date:  November 21, 2007

**CERTIFICATE OF SERVICE**

In accordance with L.R. 5.2(b) and Section E.2 of the Electronic Case Filing Administrative Procedures of the United States District Court for the District of Massachusetts, I, Mary O'Neil, hereby certify that on November 21, 2007 the within Motion in Limine filed through the ECF system will be sent electronically to registered participants as identified on the Notice of Electronic filing.

<u>/s/ Mary O'Neil</u>
Mary O'Neil