UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KING DOWNING,<br>      Plaintiff,<br><br>v.<br><br>MASSACHUSETTS PORT AUTHORITY, THE<br>MASSACHUSETTS STATE POLICE,<br>STATE POLICE TROOPER THOMPSON<br>STATE POLICE SERGEANT CROYTON,<br>THOMAS G. ROBBINS, and PETER J.<br>DIDOMENICA,<br>      Defendants. | Civil Action No. 04-12513-RBC |

### DEFENDANTS MASSACHUSETTS STATE POLICE, COLONEL ROBBINS, AND SERGEANT DIDOMENICA'S MOTION IN LIMINE TO EXCLUDE TESTIMONY CONCERNING SERGEANT DIDOMENICA'S OPINION OF THE ENCOUNTER

At his deposition Sergeant DiDomenica was asked to opine on the constitutionality of Trooper Thompson's encounter with Mr. Downing. At the deposition alll objections were reserved until trial. Defendants Massachusetts State Police, Colonel Robbins, and Sergeant DiDomenica object to this line of questioning, and move to exclude it from the trial.

Sergeant DiDomenica is presented as a fact witness as to the details of the BASS program. He was not at the scene of the airport encounter, and he was never involved in any review of the encounter between Trooper Thompson and Mr. Downing. Any opinion he might offer would be irrelevant to the issue of the constitutionality of the encounter, and thus not in conformity with Fed. R. Evid. 401.

Moreover, such evidence would serve only to confuse the jury; the very concern set out in Fed. R. Evid. 403. Thus, these defendants move that any testimony regarding Sergeant DiDomenica opining

on the constitutionality of Trooper Thompson and Mr. Downing's encounter be excluded.

        Respectfully Submitted,
        COMMONWEALTH OF MASSACHUSETTS
        MASSACHUSETTS STATE POLICE, THOMAS
        G. ROBBINS and PETER J. DIDOMENICA

        By its Attorneys,

        MARTHA COAKLEY
        ATTORNEY GENERAL

        /s/Mary O'Neil
        Mary O'Neil, BBO #379430
        Lisa J. Fauth, BBO #659505
        Assistant Attorney General
        Government Bureau/Trial Division
        One Ashburton Place, Room 1813
        Boston, MA 02108-1598
        (617) 727-2200 x 2636

Date:  November 21, 2007

## CERTIFICATE OF SERVICE

In accordance with L.R. 5.2(b) and Section E.2 of the Electronic Case Filing Administrative Procedures of the United States District Court for the District of Massachusetts, I, Mary O'Neil, hereby certify that on November 21, 2007 the within Motion in Limine filed through the ECF system will be sent electronically to registered participants as identified on the Notice of Electronic filing.

        /s/ Mary O'Neil
        Mary O'Neil