UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                    )
KING DOWNING,                       )
        Plaintiff,                  )
                                    )
v.                                  )   Civil Action No. 04-12513-RBC
                                    )
MASSACHUSETTS PORT AUTHORITY, THE   )
MASSACHUSETTS STATE POLICE,         )
STATE POLICE TROOPER THOMPSON       )
STATE POLICE SERGEANT CROYTON,      )
THOMAS G. ROBBINS, and PETER J.     )
DIDOMENICA,                         )
        Defendants.                 )
_____ )

### DEFENDANTS MASSACHUSETTS STATE POLICE, COLONEL ROBBINS, AND SERGEANT DIDOMENICA'S MOTION IN LIMINE TO EXCLUDE EVIDENCE CONCERNING THE MASSACHUSETTS STATE POLICE DRAFT ORDER

The plaintiff has indicated that he intends to introduce the a draft order of the Massachusetts State Police. Defendants Massachusetts State Police, Colonel Robbins, and Sergeant DiDomenica object to the introduction of this draft order, and ask that it be excluded.

Sergeant DiDomenica testified at his deposition that the draft order was never finalized, and never promulgated. And there is nothing in the record to indicate that it was ever used in the encounter between Trooper Thompson and Mr. Downing. Mr. Downing goes very far afield when he seeks to introduce evidence of a draft of an order that was never issued.

Such evidence would serve only to confuse the jury; the very concern set out in Fed. R. Evid. 403. Thus, these defendants move that any evidence regarding the non-promulgated draft order be excluded.

        Respectfully Submitted,
        COMMONWEALTH OF MASSACHUSETTS
        MASSACHUSETTS STATE POLICE, THOMAS
        G. ROBBINS and PETER J. DIDOMENICA

        By its Attorneys,

        MARTHA COAKLEY
        ATTORNEY GENERAL

        /s/Mary O'Neil
        Mary O'Neil, BBO #379430
        Lisa J. Fauth, BBO #659505
        Assistant Attorney General
        Government Bureau/Trial Division
        One Ashburton Place, Room 1813
        Boston, MA 02108-1598
        (617) 727-2200 x 2636

Date: November 21, 2007

## CERTIFICATE OF SERVICE

      In accordance with L.R. 5.2(b) and Section E.2 of the Electronic Case Filing Administrative Procedures of the United States District Court for the District of Massachusetts, I, Mary O'Neil, hereby certify that on November 21, 2007 the within Motion in Limine filed through the ECF system will be sent electronically to registered participants as identified on the Notice of Electronic filing.

        /s/ Mary O'Neil
        Mary O'Neil