UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                    )
KING DOWNING,                       )
        Plaintiff,                  )
                                    )
v.                                  )   Civil Action No. 04-12513-RBC
                                    )
MASSACHUSETTS PORT AUTHORITY, THE   )
MASSACHUSETTS STATE POLICE,         )
STATE POLICE TROOPER THOMPSON       )
STATE POLICE SERGEANT CROYTON,      )
THOMAS G. ROBBINS, and PETER J.     )
DIDOMENICA,                         )
        Defendants.                 )
_____)

### DEFENDANTS MASSACHUSETTS STATE POLICE, COLONEL ROBBINS, AND SERGEANT DIDOMENICA'S MOTION IN LIMINE TO EXCLUDE TESTIMONY CONCERNING THE BASS PROGRAM

Defendant William Thompson has filed a Motion in Limine to exclude all testimony concerning the Behavioral Assessment Screening System ("BASS"), previously the Passenger Assessment Screening System ("PASS"). Further, Defendant Massport has filed a Motion in Limine regarding certain redacted materials. Defendants Massachusetts State Police, Colonel Robbins, and Sergeant DiDomenica join in these Motions.

Moreover, these defendants move that any testimony regarding "elevated suspicion" as described in the BASS materials be excluded. As argued at length in defendants' motion for summary judgment, and their reply there is no affirmative evidence that the BASS program was used. Indeed, all evidence is that it was not used. Specifically, each trooper testified that he did not use the BASS program. And even Mr. Downing testified that he did not know whether the program was used. Thus, there is no basis for testimony about the BASS program in general.

And, as there has never been an issue of "elevated suspicion" regarding the encounter at Logan International Airport, any testimony concerning this topic would be irrelevant, and would not comport with Fed. R. Evid. 401.

        Respectfully Submitted,
        COMMONWEALTH OF MASSACHUSETTS
        MASSACHUSETTS STATE POLICE, THOMAS
        G. ROBBINS and PETER J. DIDOMENICA

        By its Attorneys,

        MARTHA COAKLEY
        ATTORNEY GENERAL

        /s/Mary O'Neil
        Mary O'Neil, BBO #379430
        Lisa J. Fauth, BBO #659505
        Assistant Attorney General
        Government Bureau/Trial Division
        One Ashburton Place, Room 1813
        Boston, MA 02108-1598
        (617) 727-2200 x 2636

Date: November 21, 2007

## CERTIFICATE OF SERVICE

    In accordance with L.R. 5.2(b) and Section E.2 of the Electronic Case Filing Administrative Procedures of the United States District Court for the District of Massachusetts, I, Mary O'Neil, hereby certify that on November 21, 2007 the within Motion in Limine filed through the ECF system will be sent electronically to registered participants as identified on the Notice of Electronic filing.

        /s/ Mary O'Neil
        Mary O'Neil