UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KING DOWNING, <br>     Plaintiff, <br><br> v. <br><br> MASSACHUSETTS PORT AUTHORITY, THE MASSACHUSETTS STATE POLICE, STATE POLICE TROOPER THOMPSON STATE POLICE SERGEANT CROYTON, THOMAS G. ROBBINS, and PETER J. DIDOMENICA, <br>     Defendants. | Civil Action No. 04-12513-RBC |

### DEFENDANTS MASSACHUSETTS STATE POLICE, COLONEL ROBBINS, AND SERGEANT DIDOMENICA'S MOTION FOR A VIEW

Defendants Massachusetts State Police, Colonel Robbins, and Sergeant DiDomenica move that this Court allow for a view of the area in the airport terminal where the encounters took place. The good reason for this Motion is that it will better serve the jury to actually see where the incident occurred. And rather than each party taking photographs from their own perspective, it will be the jury's perspective that will control. In permitting the view, the evidence will become more easily understandable to the jury. One of the central factual issues in the case centers on Trooper Thompson's position near a security check point and the public telephone pole Mr. Downing was using. In a view the jury will be able to see just where the Trooper was standing, and will be able to better evaluate the testimony.

Thus, defendants Massachusetts State Police, Colonel Robbins, and Sergeant DiDomenica move for a view of the airport terminal where the encounter took place.

Respectfully Submitted,
COMMONWEALTH OF MASSACHUSETTS
MASSACHUSETTS STATE POLICE, THOMAS
G. ROBBINS and PETER J. DIDOMENICA

By its Attorneys,

MARTHA COAKLEY
ATTORNEY GENERAL

/s/Mary O'Neil
Mary O'Neil, BBO #379430
Lisa J. Fauth, BBO #659505
Assistant Attorney General
Government Bureau/Trial Division
One Ashburton Place, Room 1813
Boston, MA 02108-1598
(617) 727-2200 x 2636

Date: November 21, 2007

### CERTIFICATE OF SERVICE

In accordance with L.R. 5.2(b) and Section E.2 of the Electronic Case Filing Administrative Procedures of the United States District Court for the District of Massachusetts, I, Mary O'Neil, hereby certify that on November 21, 2007 the within Motion in Limine filed through the ECF system will be sent electronically to registered participants as identified on the Notice of Electronic filing.

/s/ Mary O'Neil
Mary O'Neil