**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| KING DOWNING, )<br><br>Plaintiff, )<br><br>v. )<br><br>MASSACHUSETTS PORT AUTHORITY, THE )<br>MASSACHUSETTS DEPARTMENT OF STATE )<br>POLICE, STATE POLICE TROOPER )<br>THOMPSON, STATE POLICE SERGEANT )<br>CROXTON, THOMAS G. ROBBINS, and )<br>PETER J. DIDOMENICA, )<br><br>Defendants. )<br> ) | Civil Action No. 04-12513-RBC |

**DEFENDANT MASSACHUSETTS PORT AUTHORITY'S NOTICE**
**THAT IT JOINS IN VARIOUS MOTIONS FILED BY OTHER DEFENDANTS**

Defendant Massachusetts Port Authority files this notice that it joins in the following

Motions filed by other Defendants in this matter:

1.      Motion *in Limine* to preclude the introduction of evidence of the BASS/PASS

program filed by Defendant Trooper Thompson, Nov. 21, 2007, D. Mass.

docket # 75;

2.      Motion *in Limine* to exclude testimony concerning the BASS program filed by

Defendants the State Police, Colonel Robbins, and Sergeant DiDomenica,

Nov. 21, 2007, D. Mass. docket # 86; and

3.      Motion for a view filed by Defendants the State Police, Colonel Robbins, and

Sergeant DiDomenica, Nov. 21, 2007, D. Mass. docket # 87.

Date:   November 27, 2007                    Respectfully submitted,

                                             MASSACHUSETTS PORT AUTHORITY

                                             By its attorneys,

                                             /s/ Annmarie A. Tenn
                                             Roscoe Trimmier, Jr.  (BBO #502506)
                                             Annmarie A. Tenn (BBO #658789)
                                             Ropes & Gray LLP
                                             One International Place
                                             Boston, Massachusetts 02110
                                             (617) 951-7000
                                             roscoe.trimmier@ropesgray.com
                                             annmarie.tenn@ropesgray.com

**CERTIFICATE OF SERVICE**


In accordance with L.R. 5.2(b) and Section E.2 of the Electronic Case Filing Administrative Procedures of the United States District Court for the District of Massachusetts, I, Annmarie A. Tenn, hereby certify that on November 27, 2007, the within Notice filed through the ECF system will be sent electronically to registered participants as identified on the Notice of Electronic Filing.


<div align="center" style="margin-left:50%">

/s/ Annmarie A. Tenn
Annmarie A. Tenn

</div>