UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| KING DOWNING,<br>         Plaintiff,<br><br>v.<br><br>MASSACHUSETTS PORT AUTHORITY; THE MASSACHUSETTS DEPARTMENT OF STATE POLICE, STATE POLICE TROOPER THOMPSON, STATE POLICE SERGEANT CROXTON, THOMAS G. ROBBINS, and PETER J. DIDOMENICA,<br>         Defendants. | Civil Action No. 04-12513-RBC |

PLAINTIFF'S OBJECTIONS TO DEFENSE EXHIBITS

Pursuant to the Court's Order for Pre-trial Conference and for Trial (Docket #68), plaintiff, King Downing, hereby gives notice that he objects to the following exhibits proposed by the defendants:

Massport's Proposed Exhibits

   Docket #80-2, Page 2 of 8 -- Job Posting (3/8/01) -- Relevance, Hearsay

   Docket #80-2, Page 5 of 8 -- "What To Do If You're Stopped By The Police" -- Relevance, Hearsay

   Docket #80-2, Page 6 of 8 -- Press Release (11/10/04) -- Relevance, Hearsay, Foundation

   Docket #80-2, Page 8 of 8 -- Boston Globe article (undated) -- Relevance, Hearsay, Foundation

   Docket #80-3 Page 2 of 8 -- MPSSI 00435-450 -- Relevance, Hearsay, Foundation, Unduly Prejudicial

   Docket #80-4, Page 2 of 8 -- MPSSI 00451-469 -- Relevance, Hearsay, Foundation, Unduly Prejudicial

2

State Police's Proposed Exhibits

The State Police's itemized exhibits appear to be the same as those proposed by Massport, specifically exhibits listed in the State Police's pretrial memo as exhibits numbered 1, 3, 4, 5 and 6, as to which Mr. Downing objects on the same bases as set forth above. In addition, while Mr. Downing might ultimately agree to the admission of photographs of the airport (exhibit number 7), because those photographs have not been provided to the plaintiff, at this time Mr. Downing reserves his right to object to such photographs.

|  | KING DOWNING<br>By his attorneys, |
|---|---|
|  | / S / Peter B. Krupp |
| Dated: November 28, 2007 | Peter B. Krupp<br>   BBO #548112<br>Lurie & Krupp, LLP<br>One McKinley Square<br>Boston, MA  02109<br>Tel: (617) 367-1970 |
|  | John Reinstein<br>   BBO # 416120<br>American Civil Liberties Union of<br>Massachusetts<br>211 Congress Street, 3rd Floor<br>Boston, MA  02110<br>Tel: (617) 482-3170 |

CERTIFICATE OF SERVICE

I, Peter B. Krupp, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on November 28, 2007.

/ S / Peter B. Krupp

Peter B. Krupp