UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                          )
KING DOWNING,                             )
            Plaintiff,                    )
                                          )
    v.                                    )        Civil Action No. 04-12513-RBC
                                          )
MASSACHUSETTS PORT AUTHORITY; THE         )
MASSACHUSETTS DEPARTMENT OF STATE         )
POLICE, STATE POLICE TROOPER              )
THOMPSON, STATE POLICE SERGEANT           )
CROXTON, THOMAS G. ROBBINS, and           )
PETER J. DIDOMENICA,                      )
            Defendants.                   )
_____)

PLAINTIFF'S OPPOSITION TO MOTION TO EXCLUDE
EVIDENCE OF DRAFT STATE POLICE ORDER

Plaintiff, King Downing, hereby opposes Defendants Massachusetts State Police, Colonel

Robbins, and Sergeant DiDomenica's Motion in Limine to Exclude Evidence Concerning the

Massachusetts State Police Draft Order (Docket #85).

In opposition to this motion, Mr. Downing states that the draft State Police policy reflects

a commitment by the State Police to implement a behavior pattern recognition program and to

educate State Police officers in that program, as the Massachusetts Port Authority and the State

Police did with the BASS program.  Its introduction will not create confusion among jurors.

For these reasons, the Court should deny Defendants Massachusetts State Police, Colonel

Robbins, and Sergeant DiDomenica's Motion in Limine to Exclude Evidence Concerning the

Massachusetts State Police Draft Order.

KING DOWNING
By his attorneys,

/ S /  Peter B. Krupp

Dated:  November 28, 2007

Peter B. Krupp
  BBO #548112
Lurie & Krupp, LLP
One McKinley Square
Boston, MA  02109
Tel:  (617) 367-1970

John Reinstein
  BBO # 416120
American Civil Liberties Union of
Massachusetts
211 Congress Street, 3rd Floor
Boston, MA  02110
Tel:  (617) 482-3170

<u>CERTIFICATE OF SERVICE</u>

    I, Peter B. Krupp, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on November 28, 2007.

/ S / Peter B. Krupp

Peter B. Krupp