UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KING DOWNING,<br>        Plaintiff,<br><br>v.<br><br>MASSACHUSETTS PORT AUTHORITY; THE MASSACHUSETTS DEPARTMENT OF STATE POLICE, STATE POLICE TROOPER THOMPSON, STATE POLICE SERGEANT CROXTON, THOMAS G. ROBBINS, and PETER J. DIDOMENICA,<br>        Defendants. | Civil Action No. 04-12513-RBC |

PLAINTIFF'S OPPOSITION TO MOTION TO EXCLUDE
SERGEANT DIDOMENICA'S OPINION OF ENCOUNTER

      Plaintiff, King Downing, hereby opposes Defendants Massachusetts State Police, Colonel Robbins, and Sergeant DiDomenica's Motion in Limine to Exclude Testimony Concerning Sergeant DiDomenica's Opinion of the Encounter (Docket #84).

      In opposition to this motion, Mr. Downing states that defendant Peter J. DiDomenica was the drafter of, and the trainer of the State Police officers on, the Behavior Assessment Screening System ("BASS") program. The BASS program relates directly to the constitutional constraints on police encounters with ordinary citizens with or in the absence of reasonable suspicion. If Sgt. DiDomenica qualifies as an expert, the opposing party (here, Mr. Downing) may ask him for his opinion within the scope of his expertise. See Fed. R. Evid. 702. Far from being irrelevant, as the State Police suggest, it would be relevant and perhaps too persuasive for the defendants to accept.

For these reasons, the Court should deny Defendants Massachusetts State Police, Colonel Robbins, and Sergeant DiDomenica's Motion in Limine to Exclude Testimony Concerning Sergeant DiDomenica's Opinion of the Encounter.

        KING DOWNING
        By his attorneys,

        / S /  Peter B. Krupp

Dated:  November 28, 2007

        Peter B. Krupp
          BBO #548112
        Lurie & Krupp, LLP
        One McKinley Square
        Boston, MA  02109
        Tel:  (617) 367-1970

        John Reinstein
          BBO # 416120
        American Civil Liberties Union of
        Massachusetts
        211 Congress Street, 3rd Floor
        Boston, MA  02110
        Tel:  (617) 482-3170

## CERTIFICATE OF SERVICE

I, Peter B. Krupp, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on November 28, 2007.

        / S / Peter B. Krupp

        Peter B. Krupp