UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| KING DOWNING,<br>       Plaintiff,<br><br>v.<br><br>MASSACHUSETTS PORT AUTHORITY, THE<br>MASSACHUSETTS STATE POLICE,<br>STATE POLICE TROOPER THOMPSON<br>STATE POLICE SERGEANT CROYTON<br>THOMAS G. ROBBINS, and PETER J.<br>DIDOMENICA,<br>       Defendants. | **Civil Action No. 04-12513-RBC** |

## **DEFENDANTS MASSACHUSETTS STATE POLICE, THOMAS G. ROBBINS, and PETER J. DIDOMENICA'S PROPOSED VOIR DIRE**

Defendants, Massachusetts State Police, Thomas G. Robbins and Peter J. Didomenica respectfully request that the following questions be asked of all prospective jurors:

1.      Have you or any member of your immediate family or close friends ever sued the Commonwealth of Massachusetts or any of its agencies, departments, offices or employees, including the Massachusetts State Police?

2.      Is there any prejudice or bias within you against the Commonwealth of Massachusetts or any of its agencies, departments, offices or employees, including the Massachusetts State Police?

3.      Have you or any member of your immediate family or close friends ever been stopped or questioned (other than for a motor vehicle violation) by a member of any law enforcement agency, including but not limited to the Massachusetts State Police?

4.      Do you believe that the security measures implemented by the government following September 11, 2001 are reasonable?

5.      Do you know of any prejudice or bias within you that these questions have not been able to reach or address that would make it unfair to either party to have you serve as a juror?

                Respectfully submitted,

                MASSACHUSETTS STATE POLICE, THOMAS G. ROBBINS and PETER J. DIDOMENICA,
                By their Attorneys

                MARTHA COAKLEY
                ATTORNEY GENERAL

                /s/ Lisa J. Fauth_____
                Mary O'Neill, BBO # 379430
                Lisa J. Fauth, BBO # 659505
                Assistant Attorneys General
                Government Bureau/Trial Division
                One Ashburton Place, Room 1813
                Boston, MA 02108
                (617) 727-2200

## **CERTIFICATE OF SERVICE**

I, Lisa J. Fauth, Assistant Attorney General, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the notice of electronic filing (NEF) and paper copies will be sent to those indicated as non-registered participants by first class mail, postage prepaid.

                /s/ Lisa J. Fauth_____
                Assistant Attorney General
                Trial Division

Dated:   November 28, 2007