UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KING DOWNING,<br>      Plaintiff,<br><br>v.<br><br>MASSACHUSETTS PORT AUTHORITY, THE<br>MASSACHUSETTS STATE POLICE,<br>STATE POLICE TROOPER THOMPSON<br>STATE POLICE SERGEANT CROYTON<br>THOMAS G. ROBBINS, and PETER J.<br>DIDOMENICA,<br>      Defendants. | **Civil Action No. 04-12513-RBC** |

**DEFENDANTS MASSACHUSETTS STATE POLICE, THOMAS G. ROBBINS, and PETER J. DIDOMENICA'S PROPOSED SPECIAL VERDICT OF JURY**

    The Defendants Massachusetts State Police, Thomas G. Robbins and Peter J. Didomenica hereby propose the following Verdict Slip for use by the jury.

                      Respectfully submitted,

                      MASSACHUSETTS STATE POLICE, THOMAS
                      G. ROBBINS and PETER J. DIDOMENICA,
                      By their Attorneys

                      MARTHA COAKLEY
                      ATTORNEY GENERAL


                      /s/ Lisa J. Fauth_____
                      Mary O'Neill, BBO # 379430
                      Lisa J. Fauth, BBO # 659505
                      Assistant Attorneys General
                      Government Bureau/Trial Division
                      One Ashburton Place, Room 1813
                      Boston, MA 02108
                      (617) 727-2200

## CERTIFICATE OF SERVICE

      I, Lisa J. Fauth, Assistant Attorney General, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the notice of electronic filing (NEF) and paper copies will be sent to those indicated as non-registered participants by first class mail, postage prepaid.

                        /s/ Lisa J. Fauth
                        Assistant Attorney General
                        Trial Division

Dated:   November 28, 2007

1. Do you find that any of the Massachusetts State Police Officers employed the Behavior Assessment Screening System ("BASS") in their encounter with Mr. Downing at Logan International Airport on October 16, 2003?

YES _____          NO_____

If your answer is "yes", proceed to question No. 2. If your answer is "no," please stop here, and date and sign the verdict slip.

2. Do you find that the Behavior Assessment Screening System permits racial profiling?

YES_____          NO_____

If you answered this question "yes", proceed to Question No. 3.

3 . Do you find that either Sergeant Peter Didomenica or the former Colonel of the State Police, Thomas G. Robbins, threatened, intimidated or coerced Mr. Downing through the use of the BASS program at Logan International Airport on October 16, 2003?

YES_____          NO_____

If you answered this question either "yes" or "no", proceed to Question No. 4.

4. Do you find that an objectively reasonable person in Mr. Downing's position would have felt that he was seized at Logan International Airport on October 16, 2003?

YES _____          NO_____

If your answer is yes, proceed to Question No. 5. If your answer is no, proceed to Question No. 6.

5. Do you find that the seizure of Mr. Downing was constitutionally reasonable under the totality of the circumstances that existed at Logan International Airport on October 16, 2003?

YES_____          NO_____

If you answer to this question is either yes or no, proceed to Question No. 6.

6. If you find the BASS program was unconstitutional, do you find that either Sergeant Peter Didomenica or the former Colonel of the Massachusetts State Police, Thomas G. Robbins, acted unreasonably in creating this program?

YES_____                NO_____

If your answer to this question is either "yes" or "no", proceed to Question No. 7

7. If you find that Mr. Downing has proven that either Sergeant Peter Didomenica or the former Colonel of the Massachusetts State Police, Thomas G. Robbins, violated his civil rights through the use of the BASS program, what is the amount of damages which you award to him to reasonably and fairly compensate him:

$ _____ Dollars (in numbers)

$ _____ Dollars (in words)

Dated:                                             _____
                                                   Foreperson's Signature