UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KING DOWNING,<br>    Plaintiff<br><br>V.<br><br>MASSACHUSETTS PORT AUTHORITY,<br>THE MASSACHUSETTS DEPARTMENT<br>OF STATE POLICE, STATE POLICE TROOPER<br>THOMPSON, STATE POLICE SERGEANT<br>CROXTON, THOMAS G. ROBBINS, and<br>PETER J. DIDOMENICA,<br>    Defendants | C.A. No. 04-CV-12513-GAO |

## DEFENDANT WILLIAM THOMPSON'S
## PROPOSED VOIR DIRE QUESTIONS

Defendant William Thompson respectfully requests that the following voir dire questions be asked of the jury:

1. Have you or any member of your family or any close friend ever been arrested or stopped by the police? If so, what were the circumstances of the arrest or stop and how was the matter disposed of?

2. Have you or any member of your family or any close friend ever had any experience that you considered negative in dealing with law enforcement agents? If yes, will that experience in any way affect your judgment of the facts of this case?

3. Have you or any member of your family or any close friends ever been the subject of a police investigation that you believed involved a false accusation or a violation of any civil constitutional rights? If so, how do you believe the police conducted themselves during the investigation?

4.      As a result of any contact or experience with police officers, do you harbor any ill feelings towards police as a profession?

5.      Have you or any member of your family or any close friend ever been discriminated against? If yes, will that experience in any way affect your judgment of the facts of this case?

6.      Have you or any member of your family or any close friend ever been a Plaintiff in a lawsuit?

7.      If you or any member of your family or a close friend have been a Plaintiff in a lawsuit, what was the subject matter and outcome of the lawsuit?

8.      Do you or any member of your family belong to any civic, political or any other organization that is concerned with civil rights or liberties reform (i.e. civil liberties union)? If so, please name and describe the organization and the degree of your participation in such organization.

9.      Do you or any member of your family support or belong to any civic, political or any other organization that advocates or is concerned with reform or changes in the operations of police departments?

10.     Have you or any member of your family been a juror in a case involving an allegation of police misconduct?

11.     Do you, for any reason, have any negative opinion of police officers or other law enforcement agents?

12.     Some of the Defendants in this case are State Police Officers. Do you have any opinion or experience that would make it difficult for you to accept the testimony of any witness merely because they are State Police Officers?

13. Have you, or anyone in your family or your friends or acquaintances read or heard about this case, or the underlying incident involving the Plaintiff, in newspapers, radio, television or other media source?

Respectfully submitted,  
For Defendant William Thompson,  
By his attorneys,  

RAFANELLI & KITTREDGE, P.C.  

/s/ Suzanne T. Caravaggio  
Joseph P. Kittredge, BBO #548841  
Suzanne T. Caravaggio, BBO #634175  
One Keefe Road  
Acton, MA 01720  
(978) 369-6001  

CERTIFICATE OF SERVICE

I hereby certify that on this date this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants as of November 28, 2007.

Date: 11/28/07                                              /s/ Suzanne T. Caravaggio  
                                                            Suzanne T. Caravaggio