UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KING DOWNING,<br>    <u>Plaintiff</u><br><br>V.<br><br>MASSACHUSETTS PORT AUTHORITY,<br>THE MASSACHUSETTS DEPARTMENT<br>OF STATE POLICE, STATE POLICE TROOPER<br>THOMPSON, STATE POLICE SERGEANT<br>CROXTON, THOMAS G. ROBBINS, and<br>PETER J. DIDOMENICA,<br>    <u>Defendants</u> | )<br>)<br>)<br>)   C.A. No. 04-CV-12513-GAO<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

DEFENDANT WILLIAM THOMPSON'S
PROPOSED SPECIAL VERDICT QUESTIONS

<u>42 U.S.C. § 1983</u>

1.   Has the Plaintiff proven by a preponderance of the credible evidence that an objectively reasonable person in Mr. Downing's position would have felt that he was seized by Defendant William Thompson at Logan International Airport on October 16, 2003?

        Yes _____        No _____

(If No, proceed to End)

2.   Has the Plaintiff proven by a preponderance of the credible evidence that the seizure of Mr. Downing by Defendant William Thompson was constitutionally reasonable under the totality of the circumstances that existed at Logan International airport on October 16, 2003?

        Yes _____        No _____

(If No, proceed to End)

<u>M.G.L. c. 12, §§11H-I</u>

3.   Has the Plaintiff proven by a preponderance of the credible evidence that Defendant William Thompson, through his encounter with Plaintiff at Logan International Airport on October 16, 2003, used threats, coercion or intimidation in order to violate Plaintiff's constitutional rights?

       Yes _____               No _____

(If No, proceed to End)

4.   Please state what amount of money will fairly compensate the Plaintiff for the harm and injuries he suffered?

_____
(Amount in Figures)

_____
(Amount in Words)

_____
Foreperson of the Jury

Dated: _____