**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| KING DOWNING, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MASSACHUSETTS PORT AUTHORITY, THE )<br>MASSACHUSETTS DEPARTMENT OF STATE )<br>POLICE, STATE POLICE TROOPER )<br>THOMPSON, STATE POLICE SERGEANT )<br>CROXTON, THOMAS G. ROBBINS, and )<br>PETER J. DIDOMENICA, )<br>)<br>Defendants. )<br>) | Civil Action No. 04-12513-RBC |

**DEFENDANT MASSACHUSETTS PORT AUTHORITY'S
PROPOSED JURY *VOIR DIRE* QUESTIONS**

Pursuant to the Court's Pre-Trial Order issued on November 8, 2007, Defendant Massachusetts Port Authority ("Massport") proposes that the following questions be asked by the Court to prospective jurors during the *voir dire* process. Plaintiff King Downing alleges that on October 16, 2003, he was the subject of racial profiling by the State Police at Logan Airport, which he asserts led to an illegal seizure of him. Specifically, Downing alleges that he was subjected to racial profiling as a result of the application of the behavior assessment screening system (the "B.A.S.S. program"), which was instituted by the State Police and Massport in the wake of September 11, 2001. The B.A.S.S. program is a threat-mitigation strategy designed to identify high-risk passengers based upon behavioral cues and to prevent another terrorist attack like 9/11. In light of Downing's allegations, Massport believes the following questions are both relevant and necessary to determine any improper bias by prospective jurors:

1. Have you ever had a negative encounter with police?

2. Do you believe you have ever been the subject of racial profiling by the police?

3. Do you believe you have ever been the subject of an illegal search or seizure by the police?

4. Do you have any sympathies with or hostilities toward law enforcement officials that would make it difficult for you to be completely neutral in deciding whether the testimony of law enforcement personnel is truthful and worthy of belief?

5. Have you traveled through an airport since September 11, 2001?

6. Do you believe the security measures currently in place at airports are unreasonable?

   A. Have you ever refused to provide identification or travel documents when requested to do so by airport security personnel?

   B. Have you ever refused to provide your identification and/or travel documents in an airport when asked to do so by the police?

   C. Do you believe it is unreasonable for security personnel to ask individuals present at the airport to provide identification and travel documents?

   D. Do you believe it is unreasonable for security personnel to ask individuals present at the airport who refuse to provide identification and travel documents to leave the airport?

In addition to the above-described questions, Massport also proposes that prospective jurors be asked about any knowledge of or connection to the events in this case, the parties, or their counsel.

7. The Plaintiff in this case is King Downing. Do you know or have you heard of King Downing?

8. Plaintiff King Downing is represented by attorney Peter Krupp of the law firm of Lurie & Krupp; and John Reinstein, a lawyer in Boston with the American Civil Liberties Union (known as the ACLU). Do you know or have you heard of Mr. Krupp, the law firm of Lurie & Krupp, or Mr. Reinstein, or have you had any contact with the ACLU?

9. Defendant Massport is represented by attorneys Roscoe Trimmier, Jr. and Annmarie Tenn, both of the law firm of Ropes & Gray. Do you know or have you heard of Mr. Trimmier, Ms. Tenn, or the law firm of Ropes & Gray?

10. Defendants Massachusetts State Police, Thomas G. Robbins, and Peter J. DiDomenica are presented by attorneys Mary O'Neil and Lisa Fauth of the Massachusetts Attorney General's Office. Do you know or have you heard of Ms. O'Neil or Ms. Fauth, or have you had any contact with the Massachusetts Attorney General's Office?

11. Defendant William Thompson is represented by attorney Joseph Kittredge of the law firm of Rafanelli & Kittredge. Do you know or have you heard of Mr. Kittredge or the law firm of Rafanelli & Kittredge?

12. The witnesses who may testify in this case include: King Downing, Peter J. DiDomenica, Thomas G. Robbins, William A. Thompson, Howard G. Croxton, Wanza Adell, Robert J. Moore, Jr., and Mark W. Kiley. Do you know any of these potential witnesses?

13. Do you have any pre-existing information about the facts of this case?

14. Are there any reasons that you might not be able to be a completely fair and impartial juror in this case?

Date:  November 28, 2007

Respectfully submitted,

MASSACHUSETTS PORT AUTHORITY

By its attorneys,

/s/ Annmarie A. Tenn
Roscoe Trimmier, Jr.  (BBO #502506)
Annmarie A. Tenn (BBO #658789)
Ropes & Gray LLP
One International Place
Boston, Massachusetts 02110
(617) 951-7000
roscoe.trimmier@ropesgray.com
annmarie.tenn@ropesgray.com

**CERTIFICATE OF SERVICE**

In accordance with L.R. 5.2(b) and Section E.2 of the Electronic Case Filing Administrative Procedures of the United States District Court for the District of Massachusetts, I, Annmarie A. Tenn, hereby certify that on November 28, 2007, the within Proposed Jury *Voir Dire* Questions filed through the ECF system will be sent electronically to registered participants as identified on the Notice of Electronic Filing.

/s/ Annmarie A. Tenn
Annmarie A. Tenn