UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KING DOWNING, )<br>       Plaintiff, )<br>)<br>v. )<br>)<br>MASSACHUSETTS PORT AUTHORITY; THE )<br>MASSACHUSETTS DEPARTMENT OF STATE )<br>POLICE, STATE POLICE TROOPER )<br>THOMPSON, STATE POLICE SERGEANT )<br>CROXTON, THOMAS G. ROBBINS, and )<br>PETER J. DIDOMENICA, )<br>       Defendants. )<br>) | Civil Action No. 04-12513-RBC |

PLAINTIFF'S MOTION *IN LIMINE* TO PRECLUDE EVIDENCE
ABOUT THE EVENTS OF 9/11, THREATS TO AIRLINE
OR AIRPORT SECURITY, OR THE REASONS
FOR IMPLEMENTATION OF THE BASS PROGRAM

      Plaintiff, King Downing, moves *in limine* to exclude from testimony or exhibits any evidence about the events of September 11, 2001, the perceived threats to airline or airport security, or the reasons for implementation of the Behavior Assessment Screening System ("BASS") program. In support of this motion, Mr. Downing states that recently it has become evident that the defendants intend to attempt to introduce considerable evidence about why the Massachusetts Port Authority and the State Police implemented the BASS program. The events of 9/11 and the perceived threats to airports are irrelevant and unduly prejudicial to Mr. Downing's case. Moreover, the reasons for implementing the BASS program do not alter the constitutional protections against unlawful search and seizure and are irrelevant to the questions in this case; that is, what the BASS policy was, whether it violated the constitutional protections

of the Fourth and Fourteenth Amendments, and whether it played a role in the police interaction with Mr. Downing.

|  |  |
|---|---|
|  | KING DOWNING<br>By his attorneys,<br><br>/ S /  Peter B. Krupp |
| Dated:  November 28, 2007 | Peter B. Krupp<br>  BBO #548112<br>Lurie & Krupp, LLP<br>One McKinley Square<br>Boston, MA  02109<br>Tel:  (617) 367-1970<br><br>John Reinstein<br>  BBO # 416120<br>American Civil Liberties Union of Massachusetts<br>211 Congress Street, 3rd Floor<br>Boston, MA  02110<br>Tel:  (617) 482-3170 |

CERTIFICATE OF SERVICE

I, Peter B. Krupp, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on November 28, 2007.

/ S / Peter B. Krupp

Peter B. Krupp