# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KING DOWNING,<br><br>        Plaintiff,<br><br>v.<br><br>MASSACHUSETTS PORT AUTHORITY, THE MASSACHUSETTS DEPARTMENT OF STATE POLICE, STATE POLICE TROOPER THOMPSON, STATE POLICE SERGEANT CROXTON, THOMAS G. ROBBINS, and PETER J. DIDOMENICA,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 04-12513-RBC<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DEFENDANT MASSACHUSETTS PORT AUTHORITY'S NOTICE

Pursuant to the Court's Order issued today, Defendant Massachusetts Port Authority ("Massport") hereby provides a copy of the <u>unredacted</u> version of document MPSSI00052 to the Court and all parties, which is attached hereto as Exhibit A. In support of this filing, Massport also attaches email correspondence from Assistant United States Attorney Mark Quinlivan making clear that the two slides at the bottom of MPSSI00052 no longer constitute Sensitive Security Information and can be disclosed. *See* Exhibit B.

Date:   November 29, 2007

Respectfully submitted,

MASSACHUSETTS PORT AUTHORITY

By its attorneys,

<u>/s/ Annmarie A. Tenn</u>
Roscoe Trimmier, Jr.  (BBO #502506)
Annmarie A. Tenn (BBO #658789)
Ropes & Gray LLP
One International Place
Boston, Massachusetts 02110
(617) 951-7000

-2-

roscoe.trimmier@ropesgray.com
annmarie.tenn@ropesgray.com

-2-

-3-

## CERTIFICATE OF SERVICE

In accordance with L.R. 5.2(b) and Section E.2 of the Electronic Case Filing Administrative Procedures of the United States District Court for the District of Massachusetts, I, Annmarie A. Tenn, hereby certify that on November 29, 2007, the within Notice filed through the ECF system will be sent electronically to registered participants as identified on the Notice of Electronic Filing.

/s/ Annmarie A. Tenn  
Annmarie A. Tenn

# EXHIBIT A

Case 1:04-cv-12513-RBC    Document 109-2    Filed 11/29/2007    Page 1 of 2

SENSITIVE SECURITY INFORMATION
FOR LAW ENFORCEMENT USE ONLY



### Racial Profiling

In initiating contact with members of the public, officers shall not engage in a pattern of contacts based on beliefs that a person is of a certain race, ethnicity or religion, nor shall officers target persons of any race, ethnicity, religion for purposes of harassment



### Racial Profiling

Although *PASS* is based on voluntary encounters and does not implicate constitutional protections, use of race, ethnicity, or religion as a basis for encounters is:
- Harmful to police community relations
- In violation of public policy
- Ineffective in protecting the public from terrorism



### Racial Profiling

In forming ES or reasonable suspicion that a person is high-risk, officers may consider a person's nationality, residence, or contacts in countries identified by the TSA as terrorism sponsoring or suspicious



### Racial Profiling

A person's nationality, residence, or contacts in such countries should not be the sole or principal reason in forming ES or reasonable suspicion

**EXHIBIT B**

# Tenn, Annmarie

| | |
|---|---|
| From: | Quinlivan, Mark (USAMA) [Mark.Quinlivan@usdoj.gov] |
| Sent: | Thursday, November 29, 2007 5:56 PM |
| To: | ronald.kehoe@state.ma.us; reinstein@aclum.org; jpkittredgesq@comcast.net; Trimmier, Roscoe Jr.; BrianRogal@aol.com; mary.e.o'neil@state.ma.us; cscaravaggio@comcast.net; Tenn, Annmarie |
| Subject: | Downing |
| Importance: | High |

Counsel:

I have informed Magistrate Judge Collings' chambers that, after further deliberation, TSA has decided that the two redacted slides at the bottom of MPSSI00052 no longer constitute SSI and can be disclosed and used at trial. Massport is authorized to release the unredacted portions of those two slides to counsel to the plaintiffs and the other defendants.

Mark T. Quinlivan

Assistant U.S. Attorney

Appeals Unit

(617) 748-3606

11/29/2007