UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KING DOWNING,<br>    Plaintiff<br><br>V.<br><br>MASSACHUSETTS PORT AUTHORITY,<br>THE MASSACHUSETTS DEPARTMENT<br>OF STATE POLICE, STATE POLICE TROOPER<br>THOMPSON, STATE POLICE SERGEANT<br>CROXTON, THOMAS G. ROBBINS, and<br>PETER J. DIDOMENICA,<br>    Defendants | )<br>)<br>)<br>)<br>)   C.A. No. 04-CV-12513-GAO<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

APPROVED. [signature]

## STIPULATION OF DISMISSAL

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(ii), it is stipulated that this action be dismissed as to the Defendant, State Police Sergeant Croxton with prejudice, without costs or attorneys fees to any party, and waiving all rights of appeal.

Respectfully Submitted,
For King Downing,
LURIE & KRUPP, LLP

_____
Peter B. Krupp, Esquire
BBO #548112
Lurie & Krupp, LLP
One McKinley Square
Boston MA 02109
(617) 367-1970

_____
John Reinstein
BBO# 416120
American Civil Liberties Union of Massachusetts
211 Congress Street, 3rd Floor
Boston, MA 02110
(617) 482-3170

Respectfully Submitted,
For State Police Sergeant Croxton and
TROOPER THOMPSON
RAFANELLI & KITTREDGE, P.C.

_____
Joseph P. Kittredge, BBO #548841
RAFANELLI & KITTREDGE, PC
One Keefe Road
Acton, MA 01720
(978) 369-6001

UNITED STATES DISTRICT COURT
[illegible stamp]

DATE 11/29/07
N. Russo
Deputy Clerk

| | |
|---|---|
| Respectfully Submitted,<br>For Massachusetts Port Authority<br>ROPES & GRAY, LLP<br><br>_____<br>Roscoe Trimmier, Jr. (BBO#502506)<br>Annmarie A. Tenn (BBO#658789)<br>ROPES & GRAY, LLP<br>One International Place<br>Boston, MA 02110<br>(617) 951-7000 | Respectfully Submitted,<br>For Commonwealth of Massachusetts,<br>Massachusetts State Police, Thomas G.<br>Robbins and Peter J. DiDomenica<br>MARTHA COAKLEY, ATTORNEY<br>GENERAL<br><br>_____<br>Mary O'Neil, (BBO# 379430)<br>Lisa J. Fauth, (BBO#659505)<br>Assistant Attorney General<br>Government Bureau/Trial Division<br>Boston, MA 02108<br>(617) 727-2200 x 2636 |

## Certificate of Service

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by in-hand delivery.

Date: 11/29/07