*Filed in open Ct.*
*12/5/07*
*[signature]*
*Deputy Clerk*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KING DOWNING,<br><br>　　　　Plaintiff,<br><br>v.<br><br>MASSACHUSETTS PORT AUTHORITY, THE MASSACHUSETTS DEPARTMENT OF STATE POLICE, STATE POLICE TROOPER THOMPSON, STATE POLICE SERGEANT CROXTON, THOMAS G. ROBBINS, and PETER J. DIDOMENICA,<br><br>　　　　Defendants. | Civil Action No. 04-12513-RBC |

### DEFENDANT MASSACHUSETTS PORT AUTHORITY'S MOTION FOR JUDGMENT AS A MATTER OF LAW

Pursuant to Fed. R. Civ. P. 50(a), Defendant Massachusetts Port Authority ("Massport") files this Motion for judgment as a matter of law. In support of this Motion, Massport relies upon its attached Memorandum Of Law.

Date:　December 4, 2007　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　MASSACHUSETTS PORT AUTHORITY
　　　　　　　　　　　　　　　　　　　By its attorneys,

　　　　　　　　　　　　　　　　　　　*[signature]*
　　　　　　　　　　　　　　　　　　　Roscoe Trimmier, Jr. (BBO #502506)
　　　　　　　　　　　　　　　　　　　Annmarie A. Tenn (BBO #658789)
　　　　　　　　　　　　　　　　　　　Ropes & Gray LLP
　　　　　　　　　　　　　　　　　　　One International Place
　　　　　　　　　　　　　　　　　　　Boston, Massachusetts 02110
　　　　　　　　　　　　　　　　　　　(617) 951-7000
　　　　　　　　　　　　　　　　　　　roscoe.trimmier@ropesgray.com
　　　　　　　　　　　　　　　　　　　annmarie.tenn@ropesgray.com