# United States District Court
# District of Massachusetts

KING DOWNING,
    Plaintiff,

v.                                        CIVIL ACTION NO. 2004-12513-RBC

MASSACHUSETTS PORT AUTHORITY,
MASSACHUSETTS STATE POLICE,
THOMAS G. ROBBINS,
PETER J. DIDOMENICA,
    Defendants.

## *JURY VERDICT*

1. Has the plaintiff, King Downing, proven by a preponderance of the evidence that he was unlawfully detained by Massachusetts State Police Officers on October 16, 2003 at Logan Airport?

    Answer: ____no____ "yes" or "no."

2. If you answered "yes" to Question #1, has the plaintiff, King Downing, proven by a preponderance of the evidence that the PASS or BASS policy was the cause of (in the sense of having been the moving force behind) his unlawful detention by Massachusetts State Police Officers on October 16, 2003 at Logan Airport?

    Answer: ____no____ "yes" or "no."

3.   If you answered "yes" to Question #2, has the plaintiff, King Downing, proven by a preponderance of the evidence that the defendant, Peter J. Didomenica, in the creation of and/or in the training of Massachusetts State Police Officers in the BASS or PASS program, acted with deliberate indifference to a known or obvious consequence that persons would be unlawfully detained by Massachusetts State Police Officers under the program?

Answer: _____   "yes" or "no."

4.   If you answered "yes" to Question #2, has the plaintiff, King Downing, proven by a preponderance of the evidence that the defendant, Thomas G. Robbins, in the creation of and/or the adoption of and/or in the training of Massachusetts State Police Officers in the BASS or PASS program, acted with deliberate indifference to a known or obvious consequence that persons would be unlawfully detained by Massachusetts State Police Officers under the program?

Answer: _____   "yes" or "no."

5.   If you answered "yes" to either Question #3 or Question #4, what is the amount of damages you award to the plaintiff, King Downing?

Answer: $_____ (indicate amount)

_____
Foreperson of the Jury

Date: 12/7/08 .