✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

King Downing

**EXHIBIT / LIST**

V.

CA 04-12513-RBC

Mass Port Authority et al.

| PRESIDING JUDGE<br>ROBERT B COLLINGS | | | PLAINTIFF'S ATTORNEY<br>Krupp, Reinstein | DEFENDANT'S ATTORNEY<br>Tenn, Trimmier, O'Neil, Fauth | |
|---|---|---|---|---|---|
| Trial Date<br>12/3/07-12/7/07 | | | COURT REPORTER<br>C. Handel, J. Gibbons, D. Joyce | COURTROOM DEPUTY<br>NOREEN A. RUSSO | |
| NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES | |
| 1 | 12/4/07 | 12/4/07 | 12/4/07 | Training Attendance Lists. | |
| 2 | 12/4/07 | 12/4/07 | 12/4/07 | Pass Materials. | |
| 3 | 12/4/07 | 12/4/07 | 12/4/07 | Rafi Ron Press Release | |
| 4 | 12/4/07 | 12/4/07 | 12/4/07 | Itinerary King Downing October 2003 | |
| 5 | 12/4/07 | 12/4/07 | 12/4/07 | Boarding Pass | |
| 6 | 12/4/07 | 12/4/07 | 12/4/07 | King Downing "members only coat" worn on October 16th. | |
| | | | | | |
| a | 12/4/07 | id only | | ACLU Press Release | |
| b | 12/4/07 | id only | | ACLU Know you rights card. | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of  1      Pages