AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

KING DOWNING

**WITNESS LIST**

V.

MASSACHUSETTS PORT AUTHORITY et al

Case Number: 2004-CV-12513-RBC

| PRESIDING JUDGE<br>ROBERT B COLLINGS | PLAINTIFF'S ATTORNEYS<br>Reinstein, Krupp | DEFENDANTS ATTORNEYs<br>Tenn, Trimmier, O'Neil, Fauth |
|---|---|---|
| Date<br>12/3/07-12/7/07 | COURT REPORTER<br>Catherine Handel, Gibbons, Joyce | COURTROOM DEPUTY<br>NOREEN A. RUSSO |

12/4/07

KING DOWNING
PETER DiDOMENICA

12/5/07

WILLIAM THOMPSON
HOWARD CROXTON
MARK KILEY

12/7/07

ROBERT MOORE
THOMAS G. ROBBINS

Page 1 of 1    Pages