Defendants Thomas Robbins and Peter DiDomenica's Supplemental Jury Instruction Request.

Given the jury instructions provided to Defendants Robbins and DiDomenica, they offer the following instruction:

You have heard testimony that the Massachusetts State Troopers are responsible for enforcing the state laws at Logan International Airport including trespassing. You have heard testimony that to do that they can determine if an individual is properly at the Airport.

Respectfully submitted,

/s/ Mary O'Neil
A.A.G Mary O'Neil   BBO # 379450