AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF     MASSACHUSETTS

## APPEARANCE

Downing v. Massachusetts Port Authority et al.     Case Number: 1:04-CV-12513

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Interested Party - United States Department of Homeland Security, Transportation Security Administration

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 12/5/2007 | *[signature]* |
| Date | Signature |
| | Martin J. Ward     515940 |
| | Print Name     Bar Number |
| | TSA - 1 Harborside Drive, Box 12 |
| | Address |
| | East Boston,    MA    02128 |
| | City    State    Zip Code |
| | (617) 561-2045     (617) 568-0506 |
| | Phone Number     Fax Number |