UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 04-CV-12513-RBC

| | |
|---|---|
| KING DOWNING, </br>    <u>Plaintiff</u> </br></br>V. </br></br>MASSACHUSETTS PORT AUTHORITY, </br>THE MASSACHUSETTS DEPARTMENT </br>OF STATE POLICE, STATE POLICE TROOPER </br>THOMPSON, STATE POLICE SERGEANT </br>CROXTON, THOMAS G. ROBBINS, and </br>PETER J. DIDOMENICA, </br>    <u>Defendants</u> | ) </br>) </br>) </br>) </br>) </br>) </br>) </br>) </br>) </br>) </br>) </br>) |

NOTICE OF WITHDRAWAL

I, Suzanne T. Caravaggio, hereby give notice of the withdrawal of my appearance as counsel in the above-captioned matter for Defendant State Police Trooper Thompson.

                      Respectfully submitted,
                      For Defendant State Police Trooper Thompson,

                      RAFANELLI & KITTREDGE, P.C.

                      <u>/s/Suzanne T. Caravaggio</u>
                      Suzanne T. Caravaggio, BBO #634175
                      One Keefe Road
                      Acton, MA 01720-5517
                      (978) 369-6001

CERTIFICATE OF SERVICE

      I hereby certify that on this date this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants as of June 25, 2008.

Date:  06/25/08                              /s/ Suzanne T. Caravaggio
                                              Suzanne T. Caravaggio