UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KING DOWNING,<br>          Plaintiff,<br><br>     v.<br><br>MASSACHUSETTS PORT AUTHORITY; THE MASSACHUSETTS DEPARTMENT OF STATE POLICE, STATE POLICE TROOPER THOMPSON, STATE POLICE SERGEANT CROXTON, THOMAS G. ROBBINS, and PETER J. DIDOMENICA,<br>          Defendants. | Civil Action No. 04-12513-RBC |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1), the undersigned parties hereby stipulate that this action shall be dismissed with prejudice as against defendant State Police Trooper William Thompson, with each party bearing his own costs and waiving all rights of appeal.

| WILLIAM THOMPSON<br>By his attorney, | KING DOWNING<br>By his attorneys, |
|---|---|
| / S / Joseph P. Kittredge | / S / Peter B. Krupp |
| Joseph P. Kittredge<br>  BBO #548841<br>Rafanelli & Kittredge, P.C.<br>One Keefe Road<br>Acton, MA  01720-5517<br>Tel:  (978) 369-6001 | Peter B. Krupp<br>  BBO #548112<br>Lurie & Krupp, LLP<br>One McKinley Square<br>Boston, MA  02109<br>Tel:  (617) 367-1970 |
| DATED:  July 6, 2007 | John Reinstein<br>  BBO # 416120<br>American Civil Liberties Union of Massachusetts<br>211 Congress Street, 3rd Floor<br>Boston, MA  02110<br>Tel:  (617) 482-3170 |

CERTIFICATE OF SERVICE

    I, Peter B. Krupp, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on July 6, 2008.

/ S / Peter B. Krupp

Peter B. Krupp