# United States District Court
# District of Massachusetts

KING DOWNING,
    Plaintiff,

v.              CIVIL ACTION NO. 2004-12513-RBC

MASSACHUSETTS PORT AUTHORITY,
THE MASSACHUSETTS DEPARTMENT
    OF STATE POLICE,
STATE POLICE TROOPER THOMPSON,
STATE POLICE SERGEANT CROXTON,
THOMAS G. ROBBINS,
PETER J. DIDOMENICA,
    Defendants.

## FINAL JUDGMENT

COLLINGS, U.S.M.J.

This case came on for jury trial, the Honorable Robert B. Collings presiding. The jury having returned its verdict,

IT IS ORDERED AND ADJUDGED:

Judgment for the defendants Massachusetts Port Authority, The Massachusetts Department of State Police, Thomas G. Robbins and Peter J. Didomenica on all counts of the Complaint.

The claims against State Police Trooper Thompson and State Police Sergeant Croxton have been dismissed with prejudice pursuant to stipulations (*see* ##110 & 123).

The defendants Massachusetts Port Authority, The Massachusetts Department of State Police, Thomas G. Robbins and Peter J. Didomenica shall recover their costs.

                                        SARAH ALLISON THORNTON,
                                        Clerk of Court

                                By: *Kathleen M. Dolan*
                                        KATHLEEN M. DOLAN
                                        Deputy Clerk

Dated at Boston, Massachusetts
this 14th day of August, 2008.